```
☒ FILED      ___ LODGED
___ RECEIVED ___ COPY

    MAR 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  DIMITRA H. SAMPSON
   Arizona State Bar No. 019133
4  Email: dimitra.sampson@usdoj.gov
   Assistant U.S. Attorney
5  Two Renaissance Square
   40 N. Central Ave., Suite 1800
6  Phoenix, Arizona 85004
   Telephone: 602-514-7500
7  Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-23-8043-PCT-DLR (MTM) |
|---|---|
| Plaintiff, | No. |
| vs. | **MOTION TO SEAL INDICTMENT** |
| Preston Henry Tolth, | **(Filed Under Seal)** |
| Defendant. | |

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until the arrest of the defendant.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 14th day of March, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Dimitra H. Sampson*
DIMITRA H. SAMPSON
Assistant United States Attorney