LODGED ___
RECEIVED ___ COPY ___
MAR 1 4 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-8043-PCT-DLR (MTM) |
|---|---|
| Plaintiff, | **ORDER TO SEAL INDICTMENT** |
| v. | |
| Preston Henry Tolth, | **(Filed Under Seal)** |
| Defendant. | |

Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

**IT IS ORDERED** that the Indictment filed in this matter, the Motion to Seal and this order be filed under seal.

DATED this 14 day of March 2023.

_____
HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

cc: None