1 GARY M. RESTAINO
United States Attorney
2 District of Arizona

3 DIMITRA H. SAMPSON
Arizona State Bar No. 019133
4 Email: dimitra.sampson@usdoj.gov
Assistant U.S. Attorney
5 Two Renaissance Square
40 N. Central Ave., Suite 1800
6 Phoenix, Arizona 85004
Telephone: 602-514-7500
7 Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-8043-PCT-DLR (MTM) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(6) (CIR-Assault Resulting in Serious Bodily Injury) Count 1 |
| Preston Henry Tolth, | |
| Defendant. | 18 U.S.C. § 2119(2) (Carjacking) Count 2 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about June 15, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, PRESTON HENRY TOLTH, an Indian, did intentionally, knowingly, and recklessly assault E. B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

<u>**COUNT 2**</u>

On or about June 15, 2021, in the District of Arizona, the defendant, PRESTON HENRY TOLTH, with the intent to cause death and serious bodily harm, took a motor vehicle, that is, a gray Ford F150, pick-up truck, Arizona license plate AFE 7101, VIN

1 | ending in 65617, that had been transported, shipped, and received in interstate and foreign
2 | commerce, from E. B., by force, violence, and intimidation, resulting in serious bodily
3 | injury to E. B.
4 |      In violation of Title 18, United States Code, Section 2119(2).

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: March 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
DIMITRA H. SAMPSON
Assistant U.S. Attorney