| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** April 4, 2023 |
| **USA v. Preston Henry Tolth** | **Case Number:** CR-23-08043-001-PCT-DLR |

**Assistant U.S. Attorney:** Wayne Venhuizen for Dimitra Hotis Sampson
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Summons ☐ Writ

Oral motion to unseal case by the Government. Oral order by the Court unsealing the case (Motion to Seal #1, Order to Seal #2, Indictment #3, and Conflict Memo #4).

**INITIAL APPEARANCE**
☒ Indictment Filed   **Date of Arrest:** April 3, 2023
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Luke Stephen Mulligan, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Arraignment and Detention Hearing** set for Friday, April 7, 2023 at 10:45 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA    6 min** |
| **Deputy Clerk** Christina Davison | |
| | **Start: 11:01 am** |
| | **Stop:  11:07 am** |