**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** April 7, 2023 |
| **USA v. Preston Henry Tolth** | **Case Number:** CR-23-08043-001-PCT-DLR |

**Assistant U.S. Attorney:** Wayne Venhuizen for Dimitra Hotis Sampson
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**DETENTION HEARING:**   ☒ Held   ☐ Continued   ☐ Submitted   ☐ UA
PTS recommends: Detention.
Government position: Detention.
Defense recommends: No Argument.
Government's request for detention ☒ Granted ☐ Denied
☒ Defendant Ordered detained pending Trial as a flight risk and a danger.

**ARRAIGNMENT HEARING**
☒ Held   ☐ Continued   ☐ Submitted

Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment.   ☒ Reading waived.

**Motion Deadline:** April 28, 2023

**Jury Trial** set for Tuesday, May 2, 2023 at 9:00 a.m. before District Judge Douglas L. Rayes, in Courtroom 606, 401 West Washington Street, Phoenix, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | **ARR** 1 min |
| **Deputy Clerk** Christina Davison | **DH** 31 min |
| | **Start:** 10:58 am |
| | **Stop:** 11:30 am |