JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JANE L. McCLELLAN, State Bar #015902
Asst. Federal Public Defender
Attorney for Defendant
jane_mcclellan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08043-PCT-DLR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Preston Henry Tolth, | |
| Defendant. | |

The Office of the Federal Public Defender was recently appointed to represent Preston Henry Tolth, a case arising out of Flagstaff, Arizona. Assistant Federal Public Defender Luke Mulligan appeared on behalf of defendant. Defendant's case was transferred to Phoenix. Pursuant to Local Rule of Civil Procedure 83.3(b)(4), notice is hereby given that Jane L. McClellan, Assistant Federal Public Defender, is substituted as counsel of record for defendant, terminating Luke Mulligan for all further proceedings in this case.

Respectfully submitted:   April 11, 2023.

JON M. SANDS
Federal Public Defender

*s/Jane L. McClellan*
JANE L. McCLELLAN
Asst. Federal Public Defender