# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Preston Henry Tolth,<br><br>　　　　　　Defendant. | No. CR-23-08043-001-PCT-DLR<br><br>**ORDER**<br><br>(Second Request) |

Upon motion of Defendant, with no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial and Motion to Extend Pretrial Motion Deadline (Doc. 20) for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from July 5, 2023, to, September 6, 2023 at 9:00 a.m. and continuing the pretrial motion deadline until August 16, 2023.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and

served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from 7/6/2023 to 9/6/2023.

Dated this 20th day of June, 2023.

Douglas L. Rayes
United States District Judge