GARY M. RESTAINO
United States Attorney
District of Arizona

ALANNA KENNEDY
Assistant U.S. Attorney
Arizona State Bar No. 034257
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Alanna.Kennedy@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-08043-PCT-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Preston Henry Tolth, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court of Arizona, that Assistant U.S. Attorney Alanna Kennedy is hereby substituted as counsel for plaintiff, replacing Assistant U.S. Attorney Vinnie Lichvar.

Respectfully submitted this 1st day of March, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/Alanna Kennedy*
ALANNA KENNEDY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Jane L McClellan, Attorney for Defendant

 _s/Rebecca Jimenez_
U.S. Attorney's Office