**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**JUDGE RAYES**
**CONFIDENTIAL JUROR QUESTIONNAIRE**

Pool Sequence Number:
Trial Date: **May 14, 2024 – May 17, 2024**

You have been randomly selected for a trial that is expected to last four (4) days. Jury selection will be held on May 14, 2024. If you are selected to serve, the case will begin immediately after the jury panel is chosen.

**Trial days will be: Tuesday - Thursday**

Unless otherwise modified by the Judge, most trial days will begin at 9:00 a.m. with a late morning break, an hour lunch around 12:00 p.m., a late afternoon break, and ending around 4:30 p.m.

1. Given the above information, would the length of the trial or the proposed schedule create an undue hardship for you if selected to serve on the jury? If yes, please explain.

**STATEMENT OF THE CASE:**

This is a criminal case being prosecuted by the United States. The defendant is charged with Assault Resulting in Serious Bodily Injury; and Carjacking, all alleged to have occurred on or about June 15, 2021. The defendant denies that he is guilty and has entered a plea of not guilty to each count.

2. Given the nature of the charges, if selected to be on the jury, can you be a fair and impartial juror?

    Yes____   No _____

    If you answered "No", such that you believe you could NOT be a fair and impartial juror due to the subject matter of the case, please explain why.

1

3. Do you, or a member of your household, have any health concerns or disabilities [including COVID related concerns] that you believe might affect your duties as a juror or would make it difficult to be a fair, impartial and attentive juror?  If yes, please explain.

4. What is your age:

5. City/State where you currently reside?

6. What kind of work do you do? (If retired, what was the nature of your last job?)

7. Please state any other jobs you have had in the last five years:

8. What level of school did you reach? _____ Describe any degrees you have received.

9. Are you married? _____ (If yes, what type of work does your spouse do? If he/she is retired, what was the nature of the work he/she did prior to retirement?)

10.  Have you ever served on a jury? _____

11.  If applicable, is there anything in your previous jury service that would influence you in deciding the issues in this case? _____

12.  Have you ever served on a Grand Jury? _____ If yes, when and where?

13.  What print or digital publications and websites do you read or follow regularly?

14.  What television shows do you watch regularly?

15.  If you have bumper stickers on your vehicle, state the content of them.

16.  If you belong to civic, social, fraternal, union, or professional organizations, please state which ones.

17.  Have you or any immediate family members ever been a victim of a crime, regardless of whether charges were ever brought? _____ If so,

    a.  what was that person's relationship to you?

    b.  nature of the crime?

    c.  was there anything about that experience that might make it difficult for you to sit as a fair and impartial juror in this case?

18.  Have you or any immediate family members ever been charged with a crime? If so,

    a.  what was that person's relationship to you?

    b.  nature of the crime?

    c.  was there anything about that experience that might make it difficult for you to sit as a fair and impartial juror in this case?

19.    The jury, after hearing from and observing witnesses, is asked to determine the facts based on witness credibility. Some witnesses may be law enforcement officers.  The Court will instruct you that the testimony of a law enforcement officer should be judged like the testimony of any other witnesses.  A witness is not afforded any more or any less weight than the testimony of other witnesses simply because he or she is a law enforcement officer. Will you be able to follow that instruction? _____ If not, please explain.

20.     Is there anything that has not been asked in these questions that you feel the Judge and attorneys should know about you before they decide who will be on this jury?

☐    By checking this box, I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

_____
   DATE

## Notice

For your safety and the safety of all others, if you develop any symptoms such as fever or chills, cough, sore throat, nasal congestion or runny nose (unless attributable to allergies), unusual muscle aches, shortness of breath or difficulty breathing, nausea or vomiting, or diarrhea **do not report for jury service**.  Contact the jury administrator at: 602-322-7278.