JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

JANE L. McCLELLAN
Arizona State Bar No. 015902
JAMES D. RAEL
Arizona State Bar No. 034405
Asst. Federal Public Defenders
jane_mcclellan@fd.org
james_rael@fd.org
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-23-08043-PCT-DLR |
|---|---|
| Plaintiff, | **NOTICE OF REQUEST FOR PRESCOTT JURY POOL** |
| vs. | |
| Preston Henry Tolth, | |
| Defendant. | |

Defendant Preston Henry Tolth, by and through undersigned counsel, hereby gives notice that he is requesting that the Court utilize a Prescott jury pool for the trial.

Respectfully submitted:   March 19, 2024.

JON M. SANDS
Federal Public Defender

*s/ Jane L. McClellan*
JANE L. McCLELLAN
Asst. Federal Public Defender