GARY M. RESTAINO
United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Alanna.Kennedy@usdoj.gov
Email: Tracy.Van.Buskirk@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08043-PCT-DLR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| Preston Henry Tolth, | |
| Defendant. | |

Notice is hereby given, pursuant to Rule 16.1(a) of the Rules of Criminal Procedure of the United States District Court for the District of Arizona, the government intends to introduce all statements made by Defendant Preston Henry Tolth to law enforcement officers that are disclosed to the defense in discovery with regard to the instant offense and any admissible prior bad acts. *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984) (noting that the former local rule regarding notice of confessions, admissions, and statements (Rule 86) was "plainly intended to cover only those types of statements that are generally subject to court hearings prior to admission at trial"); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

The government gives further notice that it intends to introduce statements made by

Defendant Tolth to non-law enforcement witnesses. Other statements the government may introduce encompasses all verbal and written communications.

Respectfully submitted this 3rd day of April, 2024.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*s/ Alanna R. Kennedy*
>ALANNA R. KENNEDY
>TRACY VAN BUSKIRK
>Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following registrants: Jane McClellan and James Rael, *Attorneys for Defendant*.