GARY M. RESTAINO
United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Tracy.Van.Buskirk@usdoj.gov
Email: Alanna.Kennedy@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-08043-PCT-DLR |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION FOR FINDING AS A MATTER OF LAW (FEDERALLY RECOGNIZED TRIBE)** |
| Preston Henry Tolth, | |
| Defendant. | |

The government respectfully requests that the Court find, as a matter of law, that the Navajo Nation is a federally recognized tribe. Because the defendant is charged pursuant to 18 U.S.C. § 1153 in the Indictment, the government must prove that the defendant is an Indian within the meaning of the statute. *United States v. Zepeda*, 792 F.3d 1103, 1106 (9th Cir. 2015). To prove Indian status in this case, the government must show that the defendant: "(1) has some quantum of Indian blood and (2) is a member of, or is affiliated with, a federally recognized tribe." *Id*.

A tribe's federally recognized status "is a political decision made solely by the federal government and expressed in authoritative administrative documents," and is a question of law to be decided by the trial judge. *Id.* at 1114. "In seeking to prove federal recognition of a defendant's tribe, the government should present to the judge evidence

that the tribe was recognized at the time of the offense. In most cases, the judge will be able to determine federal recognition by consulting the relevant BIA list." *Id.* The Navajo Nation appears on the relevant BIA list of federally recognized tribes for the relevant time frame. *See* Exhibit A (Indian Entities Recognized by and Eligible to Receive Services from the United States Bureau of Indian Affairs dated January 29, 2021); Exhibit B (Indian Entities Recognized by and Eligible to Receive Services from the United States Bureau of Indian Affairs dated January 28, 2022). For this reason, the government respectfully requests this Court find as a matter of law that the Navajo Nation is a federally recognized tribe and advise the jury of this fact as a matter of law.

Jane McClellan and James Rael, counsel for the defendant, have no objection to this motion. It is not expected that excludable delay under Title 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 3rd day of April, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Alanna R. Kennedy*
TRACY VAN BUSKIRK
ALANNA R. KENNEDY
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Jane McClellan and James Rael, *Attorneys for Defendant*.

*s/R. Jimenez*
U.S. Attorney's Office