GARY M. RESTAINO
United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Tracy.Van.Buskirk@usdoj.gov
Email: Alanna.Kennedy@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08043-PCT-DLR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF REJECTION OF PLEA** |
| Preston Henry Tolth, | |
| Defendant. | |

Pursuant to *Lafler v. Cooper*, 566 U.S. 156 (2012), and *Missouri v. Frye*, 566 U.S. 134 (2012), the government files this pleading to place on the record the nature of the plea proposal rejected by the defendant Preston Henry Tolth in this matter.

Tolth is charged in a two-count Indictment: Count 1 charges him with CIR-Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(6), which carries a maximum term of imprisonment of 10 years; and Count 2 charges him with Carjacking, in violation of 18 U.S.C. § 2119(2), which carries a maximum term of imprisonment of 25 years.

The government extended a plea offer to Tolth on or about February 11, 2024. The offer allowed Tolth to plead guilty to both counts, with a sentencing range between 10-15 years. The plea also included a binding agreement by the United States that Tolth would

not face a future prosecution for the murder or manslaughter of E.B. The government set a firm plea deadline of March 1, 2024. That deadline passed, Tolth did not accept the plea agreement, and the parties are actively preparing for a firm trial date.

The government requests the opportunity to make a record of the following at the final pretrial conference: 1) Tolth received and understood the plea offer; 2) Tolth understood the maximum potential sentence upon conviction at trial; and 3) Tolth rejected the plea offer.

Respectfully submitted this 4th day of April, 2024.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*s/ Alanna R. Kennedy*
>TRACY VAN BUSKIRK
>ALANNA R. KENNEDY
>Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Jane McClellan and James Rael, *Attorneys for Defendant*.

*s/R. Jimenez*
U.S. Attorney's Office

2