GARY M. RESTAINO
United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: tracy.van.buskirk@usdoj.gov
Email: alanna.kennedy@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Preston Henry Tolth,<br><br>　　　　　Defendant. | No. CR-23-08043-001-PCT-DLR<br><br>**NOTICE OF INTENT TO<br>USE EXPERT TESTIMONY RE:<br>LATENT PRINTS** |

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, 704, 705, and 1006, the United States of America provides notice of its intent to use expert witness testimony during its case-in-chief and/or rebuttal.

### Shannon Prince, Latent Print Operations Unit (LPOU)

The United States intends to offer the expert opinions of Shannon Prince from the Federal Bureau of Investigation (FBI) LPOU regarding fingerprint evidence that was tested in this case. [Laboratory Reports dated February 18, 2022 and August 3, 2023].

**A.　　Expected Testimony**

At trial, Ms. Prince will provide general background information regarding latent print examinations, how prints vary from person to person, how prints may transfer to

another person and/or an object, and what factors may affect the quality and or quantity of prints detected, or items not suitable for comparison. She will testify how evidence is received and processed at the FBI Laboratory in accordance with the Standard Operating Procedures and review requirements of such tests.

In this case, Ms. Prince conducted latent fingerprint analysis on several items of evidence in this case, including:

- Fingerprints of Defendant Preston Henry Tolth
- Keys found in pants from next to washing machine (Lab Item #4-1)
- Microwave plate found on bed at victim's residence (Lab Item #21)
- Bottle with cap found outside Joann Begay's residence (Lab Item #22)
- Can found inside Joann Begay's residence (Lab Item #23)

She will describe the steps she took to process each item of evidence, including the differences between processing porous and non-porous items. She will describe her visual inspection, use of forensic light sources, Superglue fuming, and dye-stain examinations. Ms. Prince will describe the "ACE" (analysis, comparison and evaluation) method for comparing and identifying fingerprints.

Ms. Prince will provide her expert opinion that from the objects submitted to her for analysis, she found only one fingerprint was suitable for comparison. She will testify further that she was able to identify as the right thumbprint from Defendant Preston Tolth. She will explain what this means, does not mean, and any conclusions that may be drawn from the evidence. She will use photographs at trial to help jurors understand her testimony. She may also testify regarding the length of time a fingerprint remains on an object and what factors cause fingerprints to degrade over time.

**B.    Bases and Reasons**

Ms. Prince's opinions are based on her personal examination of the results, which were produced in her case file materials, as well as her training, education, experience, and expertise as a Latent Print Examiner. Ms. Prince's expert opinions, and the basis for those opinions, are guided by Standard Operating Procedures and applicable Quality Assurance

Manual and set forth more fully in her report. Ms. Prince may also rely on peer-reviewed literature to provide context to latent print examinations.

### C. Qualifications Including Publications

Ms. Prince has worked as a physical scientist/forensic examiner with the LPOU at the FBI Laboratory in Quantico, Virginia since March 2004. Ms. Prince graduated with a Bachelor of Science degree in Biology from Muskingum College in 2000. She has a Master of Science degree from 2002 in Criminal Justice from Xavier University. She became a Certified Latent Print Examiner in 2012. Her experience, training, and education are further detailed in her curriculum vitae, which was previously disclosed to the defense.

Ms. Prince has not authored any publications the last ten years.

### D. Prior Testimony

Ms. Prince's curriculum vitae details her expert testimony experience over the last four years.

_____
Shannon Prince
FBI LPOU

Respectfully submitted this 8th day of April, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> _____
> TRACY VAN BUSKIRK
> ALANNA R. KENNEDY
> Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants: James Rael and Jane McClellan, *Attorneys for Defendant Preston Henry Tolth.*