# INDEX OF EXHIBITS
# TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS FOR *MIRANDA* VIOLATION AND LACK OF VOLUNTARINESS

<u>United States v. Preston Tolth</u>
No. CR-23-08043-PCT-DLR

| Exhibit | Description |
|---|---|
| 1 | Bench Warrant and Extradition Documents (Gov. Bates No. 001251-55). |
| 2 | Transcript of Interview of Preston Tolth on June 18, 2021. |
| 3 | FBI Advice of Rights, dated June 18, 2021 (Gov. Bates No. 000050). |
| 4 | Transcript of Interview of Preston Tolth on June 24, 2021. |
| 5 | FBI Advice of Rights, dated June 24, 2021 (Gov. Bates No. 000039). |
| 6 | Transcript of Escort of Preston Tolth on July 13, 2021 (part 1). |
| 7 | Transcript of Escort of Preston Tolth on July 13, 2021 (part 2). |
| 8 | FBI Advice of Rights, dates July 13, 2021 (Gov. Bates No. 000078). |
| 9 | Audio recording of Interview of Preston Tolth on June 18, 2021. |
| 10 | Audio recording of Interview of Preston Tolth on June 24, 2021. |
| 11 | Audio recording of Escort of Preston Tolth on July 13, 2021 (part 1). |
| 12 | Audio recording of Escort of Preston Tolth on July 13, 2021 (part 2). |