# EXHIBIT 1

ATTACHMENT "5"

**STATE OF NEW MEXICO**
**COUNTY OF SAN JUAN**
**ELEVENTH JUDICIAL DISTRICT COURT**

FILED
11th JUDICIAL DISTRICT COURT
San Juan County
6/1/2021 1:14 PM
WELDON J. NEFF
CLERK OF THE COURT
Stacy Atencio

**State of New Mexico, Plaintiff**

v.

Case No: D-1116-CR-2020-00260
Issued date: June 1, 2021

**Preston Tolth, Defendant**
Aliases: Preston Henry Tolth

Taos ▓▓▓▓

DOB: ▓▓/1999   WEIGHT: 135 Lbs. EYES: Brown GENDER: Male
SSN: ▓▓▓▓▓   HEIGHT: 5 Ft. 9 In. HAIR: Black

### BENCH WARRANT

THE STATE OF NEW MEXICO TO ANY OFFICER AUTHORIZED TO EXECUTE THIS WARRANT:

YOU ARE HEREBY COMMANDED to arrest **PRESTON TOLTH**, and bring him/her forthwith before this Court to answer the following:
**Failure to comply with conditions of probation;**

Grand Jury indictment / Criminal information filed on the following charges:
Aggravated Assault (Deadly Weapon)

**Bond Provisions:**
Bond is set in the amount of:   Hold without Bond

**Extradition Information:**
The State will extradite the defendant from:
[ ] Anywhere
[ ] Anywhere in the continental United States
[ ] Any contiguous State
[x] Within New Mexico

_____
THE HONORABLE DAYLENE MARSH
DISTRICT JUDGE

### RETURN

**PRESTON TOLTH** was arrested and taken into custody on the 18 day of June, 21.

_____    _____    6-18-21 e 1715
Signature              Law Enforcement Officer      Date
SO

Page 1/1

001251

# THE NAVAJO NATION



JONATHAN NEZ | PRESIDENT    MYRON LIZER | VICE PRESIDENT

### EXTRADITION WARRANT
### (ORDER FOR ARREST)

**TO: ANY NAVAJO NATION LAW ENFORCEMENT OFFICER**

Pursuant to the power vested in me by 17 N.N.C. § 1953, the Navajo Nation Division of Public Safety is hereby authorized, directed and ORDERED to forthwith apprehend **PRESTON TOLTH. DOB:** ▇/1999 **SSN: XXX-XX-**▇, wherever he may be found within the jurisdiction of the Navajo Nation.

Navajo Division of Public Safety personnel shall immediately inform **PRESTON TOLTH** of his right to legal counsel in Navajo and English. **PRESTON TOLTH**, with or without legal counsel's advice, may exercise his right to waive or demand an extradition hearing. Waiver of the right to a hearing must be made knowingly, intelligently, and voluntarily.

If **PRESTON TOLTH** waives a hearing, he may be delivered to the proper state authorities' custody.

If **PRESTON TOLTH** demands an extradition hearing, he shall be taken to the nearest Navajo Nation District Court by the Navajo Division of Public Safety.

_____  Date: 06·18·2021
Jonathan Nez, President
The Navajo Nation

---

### RETURN OF SERVICE

I executed this Extradition Warrant (Order for Arrest) on **June 18**, 2021, by serving it to **PRESTON TOLTH** at Winslow Adult Facility (and) have delivered **PRESTON TOLTH** to Winslow Correction Facility

or

I was unable to execute this Extradition Warrant (Order for Arrest) because:

_____
6-18-21
DATE

_____
NAME/TITLE/BADGE NO.

001252

## WAIVER OF EXTRADITION HEARING

I, PRESTON TOLTH, having been fully informed that I am wanted by the State of New Mexico, of my own free will do hereby freely and voluntarily state that I am the identical person against whom arrest warrant were issued: 1) Case No. D-1116-CR-2020-00260 (State of New Mexico, County of San Juan, District Court) issued on June 1, 2021.

I, PRESTON TOLTH, further hereby freely, voluntarily, and without threats or promises of reward, agree to return to the custody of New Mexico.

I further acknowledge that I have been fully advised of my rights, as follows:

1. ___ To demand and have a hearing;

2. ___ To request that counsel be appointed to represent me;

3. ___ To test the legality of my arrest;

4. ___ To contest the extradition; and

5. ___ To apply for a Writ of Habeas Corpus as provided by law.

I hereby expressly waive any and all such rights and privileges, including my right to a hearing on the matter of my extradition.

I hereby certify that I have signed this statement freely and voluntarily without coercion, compulsion, or promise of immunity.

Date: 06/12/2021

_____
PRESTON TOLTH

_____
Witness/Title

001253

SO ORDERED.

_____
Daylene Marsh , Judge

**APPROVED BY:**

_Approved via email on 02/18/2021 @ 1:45 p.m._
Ned S. Fuller, Counsel for Plaintiff

_Approved via email on 02/18/2021 @ 12:54 p.m._
Ruth Wheeler, Counsel for Defendant

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served on ___6/18/21___ to:

Preston Tolth
Ned S. Fuller
Ruth Wheeler

____Sgt Tammy Rogers_____, Clerk

Distribution            1 copy – Court     1 copy - Defendant  1 copy - Prosecution   1 copy - Sheriff
Court Information
Eleventh Judicial District Court
Address:
Phone  Fax  web site: www.nmcourts.gov
D-1116-CR-2020-00260 Preston Tolth                                    ver.08/15/19

001254

# REQUEST FOR EXTRADITION HEARING

I, PRESTON TOLTH, choose to exercise my right to have an Extradition Hearing pursuant to Navajo Nation law.

I, PRESTON TOLTH, after being advised of my right to legal counsel:

☒ Request legal counsel for the hearing, or

☐ Do not request legal counsel for the hearing.

I, PRESTON TOLTH, request that an Extradition Hearing be scheduled in a timely manner. The Office of the Prosecutor must, pursuant to 17 N.N.C. §1956, file a Petition for Extradition in the nearest Navajo Nation District Court and request a hearing.

Date: June 18, 21
@ 1706 hrs

_____
PRESTON TOLTH

_____
Witness/Title

× I'm gonna voluntarily return to the state of New Mexico State.

Preston H. Tolth
6/8/21

Witness Jennifer Smally
Corrections Sergeant - 6/18/2021 @ 1730 hrs

Jordan Bennett Correctional Officer
6-18

**001255**