**EXHIBIT  2**

1

2                        UNITED STATES v. PRESTON TOLTH

3                     CASE NUMBER CR-23-08043-PCT-DLR

4

5

6

7

8

9

10    _____

11          REPORTER'S TRANSCRIPT OF AUDIO FILE LABELED

12            Discovery 001735 (Preston Tolth_Interview)

13    _____

14

15    INTERVIEW OF:     PRESTON TOLTH

16    INTERVIEW DATE:   JUNE 18, 2021

17    INTERVIEWED BY:   SPECIAL AGENT CHIP ARRINGTON
                        SPECIAL AGENT DUSTIN DRACE
18                      CRIMINAL INVESTIGATOR CUSTER BRYANT

19

20    TRANSCRIBED BY:

21                      JENNIFER PAYNE KAELIN, CSR
                           Official Court Reporter
22                     Sequoyah County District Court
                          120 E. Chickasaw Avenue
23                        Sallisaw, Oklahoma 74955
                              (405)623-5160
24

25

```
 1   (Discovery 001735 (Preston Tolth_Interview) audio began.)

 2                          *  *  *  *  *

 3        SPECIAL AGENT CHIP ARRINGTON:  All right.  How are you

 4   feeling, buddy?

 5        MR. PRESTON TOLTH:  (No audible response.)

 6        SPECIAL AGENT CHIP ARRINGTON:  Did you sleep well last

 7   night?

 8        MR. PRESTON TOLTH:  Yeah.

 9        SPECIAL AGENT CHIP ARRINGTON:  No?

10        MR. PRESTON TOLTH:  Yes, sir.

11        SPECIAL AGENT CHIP ARRINGTON:  Oh, you did?  You did?

12   Okay.  Cool.  So I'm Chip, and this is Dustin.  We're both

13   with the FBI office --

14        MR. PRESTON TOLTH:  Okay.

15        SPECIAL AGENT CHIP ARRINGTON:  -- in Gallup.  And

16   that's Custer over here.  He's a CI here at Crown Point.

17        MR. PRESTON TOLTH:  Okay.

18        SPECIAL AGENT CHIP ARRINGTON:  So we need to talk to

19   you about a couple things.

20        MR. PRESTON TOLTH:  Yeah.

21        SPECIAL AGENT CHIP ARRINGTON:  Some names come up.

22   Real quick, can I just get your name?

23        MR. PRESTON TOLTH:  Preston Tolth.

24        SPECIAL AGENT CHIP ARRINGTON:  Do you have a middle

25   name?
```

1        MR. PRESTON TOLTH:  Henry.

2        SPECIAL AGENT CHIP ARRINGTON:  And it's T-U-L-T-H?

3        MR. PRESTON TOLTH:  T-O-L.

4        SPECIAL AGENT CHIP ARRINGTON:  T-O-L?

5        MR. PRESTON TOLTH:  Yes, sir.

6        SPECIAL AGENT CHIP ARRINGTON:  Okay.  And what's your

7    birthday, Preston?

8        MR. PRESTON TOLTH:  07-05, 1999.

9        SPECIAL AGENT CHIP ARRINGTON:  7-5-99.  What's your

10   Social?

11       MR. PRESTON TOLTH:  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.

12       SPECIAL AGENT CHIP ARRINGTON:  3249?

13       MR. PRESTON TOLTH:  Uh-huh.

14       SPECIAL AGENT CHIP ARRINGTON:  All right.  Do you have

15   a phone that you use?

16       MR. PRESTON TOLTH:  No.

17       SPECIAL AGENT CHIP ARRINGTON:  You don't have a phone

18   number?

19       MR. PRESTON TOLTH:  Not currently, I don't have a

20   phone.

21       SPECIAL AGENT CHIP ARRINGTON:  Okay.  Do you have one

22   that's just not turned on or...

23       MR. PRESTON TOLTH:  I had a phone, but it -- a lot --

24   I'm on the streets.

25       SPECIAL AGENT CHIP ARRINGTON:  Okay.  Gotcha.  Do you

1  have a mailbox, a P.O. Box or anything?

2      MR. PRESTON TOLTH:  No.

3      SPECIAL AGENT CHIP ARRINGTON:  No -- no box?

4      MR. PRESTON TOLTH:  Huh-uh.

5      SPECIAL AGENT CHIP ARRINGTON:  What would you say -- I

6  mean, I know you say you're on the streets, but kind of

7  what's your primary, I guess, residence or would you --

8  where would you -- do you have one?

9      MR. PRESTON TOLTH:  No.

10     SPECIAL AGENT CHIP ARRINGTON:  Just wherever you can

11  find?

12     MR. PRESTON TOLTH:  Yeah.

13     SPECIAL AGENT CHIP ARRINGTON:  Okay.  What about census

14  number, do you know that?

15     MR. PRESTON TOLTH:  No, I do not.

16     SPECIAL AGENT CHIP ARRINGTON:  Okay.  But you're

17  Navajo; right?

18     MR. PRESTON TOLTH:  Uh-huh.

19     SPECIAL AGENT CHIP ARRINGTON:  Okay.  All right.  Okay.

20  Cool.  So, look, check it out, since we're here and you're

21  in custody here at the -- here in Crown Point, there's just

22  one -- things we got to go over; okay?

23     MR. PRESTON TOLTH:  Yes, of course.

24     SPECIAL AGENT CHIP ARRINGTON:  Just a formality-type

25  form.  It Advice of Rights.  I'm going to read it.

```
 1        MR. PRESTON TOLTH:  Yeah.

 2        SPECIAL AGENT CHIP ARRINGTON:  We're going to go over

 3   it all together.

 4        MR. PRESTON TOLTH:  Yeah, of course.

 5        SPECIAL AGENT CHIP ARRINGTON:  And then if you have any

 6   questions, we can talk about it.  But we're here and we'd

 7   like to -- we've got some things we need to try to hash out.

 8   We'd love to hear your -- hear what you've got to say; okay?

 9        MR. PRESTON TOLTH:  Yeah, of course.

10        SPECIAL AGENT CHIP ARRINGTON:  All right.  So real

11   quick, read along with me.  (As read):  "Before we ask you

12   any questions, you must understand your rights.  You have

13   the right to remain silent.  Anything you say can be used

14   against you in court.  You have the right to talk to a

15   lawyer for advice before we ask you any questions.  You have

16   the right to have a lawyer with you during questioning.  If

17   you can't afford a lawyer, one will be appointed to you --

18   for you before any questioning if you wish."

19        And this last one is really important.  If you decide

20   to talk to us now, answer any questions now, without a

21   lawyer present, Preston, you have the right to stop

22   answering any time; okay?  So like I said, we'd love to --

23   we'd love to talk to you, hash out a few things.

24        MR. PRESTON TOLTH:  Well, yeah, of course.

25        SPECIAL AGENT CHIP ARRINGTON:  And at any point, man,
```

1   if you decide you don't want to talk to us, you can just

2   say, "Hey, I've had enough."  Okay?  You understand that?

3       MR. PRESTON TOLTH:  I understand.

4   Okay.  Could you read this consent portion aloud starting

5   with "I have..."?

6       MR. PRESTON TOLTH:  (As read):  "I have read the

7   statement of my rights and I understand what my rights are.

8   At this time, I am willing to answer your questions without

9   a lawyer."

10      SPECIAL AGENT CHIP ARRINGTON:  Yeah.  Do you agree with

11  that?

12      MR. PRESTON TOLTH:  Hmm, I don't know.  I --

13      SPECIAL AGENT CHIP ARRINGTON:  Well --

14      MR. PRESTON TOLTH:  But I'll -- I'll answer some

15  questions.

16      SPECIAL AGENT CHIP ARRINGTON:  Okay.

17      MR. PRESTON TOLTH:  Sure.

18      SPECIAL AGENT CHIP ARRINGTON:  If you would just sign

19  where it says sign.  Can you --

20      CRIMINAL INVESTIGATOR CUSTER BRYANT:  Do you need the

21  cuffs off?

22      SPECIAL AGENT CHIP ARRINGTON:  Yeah, we can -- we're

23  going to unhook them real quick; all right?  Make it easier

24  for you.

25      MR. PRESTON TOLTH:  Okay.

1        SPECIAL AGENT CHIP ARRINGTON:  It's all good.  Let's

2    get them off.  There you go, man.  And just sign where it

3    says "sign."

4        Perfect.  All right.  So we're here talking about a

5    couple of things that happened in the past few days.

6        MR. PRESTON TOLTH:  Uh-huh.

7        SPECIAL AGENT CHIP ARRINGTON:  It seems like you

8    understand why we're here.  I want you to know today is

9    Friday, okay, the 17th -- or the 18th, excuse me.  So we're

10   going to talk about a couple of things that started mostly

11   early morning Wednesday, late Tuesday, early morning

12   Wednesday.  Okay.  So a couple days ago, two or three days

13   ago.

14       Now, we're here because we've talked to a lot of

15   people; right?

16       MR. PRESTON TOLTH:  Uh-huh.

17       SPECIAL AGENT CHIP ARRINGTON:  To include neighbors,

18   family members, other folks.  And that's what's led us to

19   you, Preston.

20       MR. PRESTON TOLTH:  Yeah, of course.

21       SPECIAL AGENT CHIP ARRINGTON:  So --

22       MR. PRESTON TOLTH:  I understand that.

23       SPECIAL AGENT CHIP ARRINGTON:  Pardon?

24       MR. PRESTON TOLTH:  I completely -- I know where you're

25   coming from.

1    SPECIAL AGENT CHIP ARRINGTON:  Yeah.  Okay.  So let's

2  start back -- I want to start back -- well, first of all, do

3  you know why we're here?

4    MR. PRESTON TOLTH:  You guys -- I got accused of

5  stealing a truck --

6    SPECIAL AGENT CHIP ARRINGTON:  Okay.

7    MR. PRESTON TOLTH:  -- a Ford truck.

8    SPECIAL AGENT CHIP ARRINGTON:  Well, let's talk about

9  that.

10    MR. PRESTON TOLTH:  Yeah.

11    SPECIAL AGENT CHIP ARRINGTON:  First of all, let's

12  start back on Tuesday.

13    MR. PRESTON TOLTH:  Tuesday.

14    SPECIAL AGENT CHIP ARRINGTON:  And I'm going to give

15  you a little heads-up.  I understand you went to -- you were

16  with your dad.

17    MR. PRESTON TOLTH:  Yeah.

18    SPECIAL AGENT CHIP ARRINGTON:  You were living with

19  your dad; right?

20    MR. PRESTON TOLTH:  Hmm, here and there, you know.

21    SPECIAL AGENT CHIP ARRINGTON:  Well, how long were you

22  living with your dad?

23    MR. PRESTON TOLTH:  For like a week, that's it.  And,

24  you know, we -- we don't get along.  You know, I was helping

25  him and, you know, I took off.

1        SPECIAL AGENT CHIP ARRINGTON:  All right.  So you and

2   your old man, y'all kind of reconnected recently?

3        MR. PRESTON TOLTH:  Yeah.

4        SPECIAL AGENT CHIP ARRINGTON:  Okay.  And your dad

5   lives in Sweetwater?

6        MR. PRESTON TOLTH:  Yeah.

7        SPECIAL AGENT CHIP ARRINGTON:  Okay.  What's your dad's

8   name?

9        MR. PRESTON TOLTH:  Leonard Tolth.

10       SPECIAL AGENT CHIP ARRINGTON:  Okay.  And what's your

11   dad's girlfriend's name?

12       MR. PRESTON TOLTH:  Cecilia.

13       SPECIAL AGENT CHIP ARRINGTON:  Cecilia who?

14       MR. PRESTON TOLTH:  Curley [ph.]

15       SPECIAL AGENT CHIP ARRINGTON:  Curley.  Cecilia Curley?

16       MR. PRESTON TOLTH:  I believe, yeah.

17       SPECIAL AGENT CHIP ARRINGTON:  All right.  And they

18   live up in Sweetwater?

19       MR. PRESTON TOLTH:  Yeah.

20       SPECIAL AGENT CHIP ARRINGTON:  Do you know -- I mean,

21   where in Sweetwater do they live?

22       MR. PRESTON TOLTH:  Past the Chapter House.  I'm not

23   really too -- too sure, like, the house --

24       SPECIAL AGENT CHIP ARRINGTON:  Near the Sweetwater

25   Chapter House?

 1       MR. PRESTON TOLTH:  The house number, I'm not too sure.

 2  But yeah, it's past the Chapter House going east -- no,

 3  west.  Yeah.

 4       SPECIAL AGENT CHIP ARRINGTON:  What kind of house do

 5  they live in?

 6       MR. PRESTON TOLTH:  It's a green house.  It's brick.

 7  They're -- they're building an extension on --

 8       SPECIAL AGENT CHIP ARRINGTON:  Okay.

 9       MR. PRESTON TOLTH:  -- so, yeah.

10       SPECIAL AGENT CHIP ARRINGTON:  So green brick house

11  with current extension going on?

12       MR. PRESTON TOLTH:  Uh-huh.

13       SPECIAL AGENT CHIP ARRINGTON:  So when did -- when did

14  you get up to Sweetwater --

15       MR. PRESTON TOLTH:  I --

16       SPECIAL AGENT CHIP ARRINGTON:  -- to go live with your

17  old man, with your dad?

18       MR. PRESTON TOLTH:  Like a month ago.

19       SPECIAL AGENT CHIP ARRINGTON:  So we're in June.

20       MR. PRESTON TOLTH:  Approximately a month ago.

21       SPECIAL AGENT CHIP ARRINGTON:  So about the middle of

22  May?

23       MR. PRESTON TOLTH:  Yeah, I would say.

24       SPECIAL AGENT CHIP ARRINGTON:  Okay.  So what led you

25  to go there in the middle of May?

1      MR. PRESTON TOLTH:  I just got sick and tired of being

2  in the ruin [ph], you know.  All they do is just drugs and

3  just crazy-ass shit, you know.

4      SPECIAL AGENT CHIP ARRINGTON:  Yeah.

5      MR. PRESTON TOLTH:  So, yeah, it's -- I -- I couldn't

6  do -- do that anymore and that's why I took off, you know.

7  And I had nowhere else to go, no -- you know, Sweetwater --

8  went to Sweetwater, and then I was staying out there for a

9  week or two.  And that's when I left and -- yeah.

10      SPECIAL AGENT CHIP ARRINGTON:  So where did you leave?

11  You went there for a week or two then left.

12      MR. PRESTON TOLTH:  Yeah, just went back down here, you

13  know, and just went to Albuquerque, Santa Fe, just...

14      SPECIAL AGENT CHIP ARRINGTON:  All right.  Well, let's

15  back up.  So you got to Sweetwater in the middle of May?

16      MR. PRESTON TOLTH:  Yeah.

17      SPECIAL AGENT CHIP ARRINGTON:  And you're living with

18  your dad?

19      MR. PRESTON TOLTH:  Uh-huh.

20      SPECIAL AGENT CHIP ARRINGTON:  Your dad brought you in.

21  What did you do for money while you were there?

22      MR. PRESTON TOLTH:  Just helping fix the house.

23      SPECIAL AGENT CHIP ARRINGTON:  So you were helping

24  around --

25      MR. PRESTON TOLTH:  Yeah.

1    SPECIAL AGENT CHIP ARRINGTON:  -- your old man.  It's

2  my understanding he said, "Hey, you can come live here.

3  But, man, you're going to have to work," and you did?

4    MR. PRESTON TOLTH:  Yeah.

5    SPECIAL AGENT CHIP ARRINGTON:  And you did, like,

6  little odd-and-end jobs on different houses in the area,

7  helped out your dad.

8    MR. PRESTON TOLTH:  Sure.

9    SPECIAL AGENT CHIP ARRINGTON:  Besides your dad's

10  house, where else would you go do work?

11    MR. PRESTON TOLTH:  Just -- well, we didn't get that --

12  like, too much work.  And just different people's houses,

13  you know, just like --

14    SPECIAL AGENT CHIP ARRINGTON:  Uh-huh.

15    MR. PRESTON TOLTH:  Yeah.

16    SPECIAL AGENT CHIP ARRINGTON:  Would you go do work at

17  Cecilia's -- some of Cecilia's family's house?

18    MR. PRESTON TOLTH:  No, just more of people she worked

19  with and just, like, local people.

20    SPECIAL AGENT CHIP ARRINGTON:  Uh-huh.

21    MR. PRESTON TOLTH:  Yeah, so --

22    SPECIAL AGENT CHIP ARRINGTON:  So people in Sweetwater,

23  you were -- so you've done some different work --

24    MR. PRESTON TOLTH:  Yeah.

25    SPECIAL AGENT CHIP ARRINGTON:  -- on different houses?

1       MR. PRESTON TOLTH:  Uh-huh, uh-huh.  And, you know, I

2  met some of her family.  I met her nieces and her uncles,

3  and her sisters, her brothers, you know.

4       SPECIAL AGENT CHIP ARRINGTON:  So you met a lot of her

5  family?

6       MR. PRESTON TOLTH:  Somewhat, you know, but --

7       SPECIAL AGENT CHIP ARRINGTON:  Do you remember a lot of

8  names that you met?

9       MR. PRESTON TOLTH:  No.

10      SPECIAL AGENT CHIP ARRINGTON:  You don't remember

11 names?

12      MR. PRESTON TOLTH:  No.

13      SPECIAL AGENT CHIP ARRINGTON:  You just remember faces,

14 I imagine?

15      MR. PRESTON TOLTH:  Yeah.

16      SPECIAL AGENT CHIP ARRINGTON:  Okay.  So you were doing

17 some work for your dad.  And how long were you up there,

18 about how long?

19      MR. PRESTON TOLTH:  About two weeks.

20      SPECIAL AGENT CHIP ARRINGTON:  So middle of May -- this

21 is the middle of June.

22      MR. PRESTON TOLTH:  And then that's when Cecilia's

23 niece came and picked me up and then she took me to Utah.

24      SPECIAL AGENT CHIP ARRINGTON:  Who's her niece?

25      MR. PRESTON TOLTH:  Her name's Delphine [ph].  I don't

1   know her last name, so don't ask me that.  But, yeah, she

2   took me up there for work and she's like, "Yeah, you should

3   come work with me.  You know, come work with me and my

4   boyfriend on this construction crew that they're doing."

5        I was like, "Sure.  You know, I'll do that."  And,

6   shit, they just got drunk and, you know, I got tired of

7   that.  I'm -- I grew up with a fucked-up family, you know.

8        SPECIAL AGENT CHIP ARRINGTON:  Yeah, I understand.

9        MR. PRESTON TOLTH:  I've been in and out of the system

10  since I was 13.  You know, fucking people don't like me.

11  They -- they always try to blame me, you know.

12       SPECIAL AGENT CHIP ARRINGTON:  You just grew up in a

13  bad situation.

14       MR. PRESTON TOLTH:  Oh, yeah, of course.  Like, who

15  doesn't?

16       SPECIAL AGENT CHIP ARRINGTON:  I mean, I understand.

17  My situation wasn't great.  It sucked at times --

18       MR. PRESTON TOLTH:  Yeah.

19       SPECIAL AGENT CHIP ARRINGTON:  -- growing up.

20       MR. PRESTON TOLTH:  I bet.

21       SPECIAL AGENT CHIP ARRINGTON:  I mean, I --

22       MR. PRESTON TOLTH:  But, hey, you know, back -- back to

23  this.  You know, I was up there and I was just chilling and

24  I wasn't doing shit.  And --

25       SPECIAL AGENT CHIP ARRINGTON:  Where's there?  Chilling

 1   where?

 2        MR. PRESTON TOLTH:  In Roosevelt, Utah --

 3        SPECIAL AGENT CHIP ARRINGTON:  Okay.

 4        MR. PRESTON TOLTH:  -- fucking, for about a week up

 5   there.  You know, I spent a week up there, a week and a

 6   half.

 7        SPECIAL AGENT CHIP ARRINGTON:  Yeah.

 8        MR. PRESTON TOLTH:  And then she left me out in a --

 9   she's like, "Hey, can you drive for me?"

10        Fuck, I was like, "Yeah, sure.  I can be your driver,

11   your chauffeur," whatever the fuck they call it.  And then I

12   took her down to Monument Valley for a funeral and she

13   fucking left me stranded out there.

14        SPECIAL AGENT CHIP ARRINGTON:  Okay.  So Delphine left

15   you stranded in Monument Valley?

16        MR. PRESTON TOLTH:  Yeah.  And that's -- shit, I don't

17   got no place to go, so...

18        SPECIAL AGENT CHIP ARRINGTON:  When was this where

19   you're stranded?  Do you remember?

20        MR. PRESTON TOLTH:  It was like two weeks ago, man.

21        SPECIAL AGENT CHIP ARRINGTON:  So about the beginning

22   of June?

23        MR. PRESTON TOLTH:  Yeah, uh-huh.

24        SPECIAL AGENT CHIP ARRINGTON:  This Memorial Day, is

25   that kind of, like, a good time frame?

1      MR. PRESTON TOLTH:  Yeah, yeah, Memorial Day.

2      SPECIAL AGENT CHIP ARRINGTON:  End of May, beginning of

3  June --

4      MR. PRESTON TOLTH:  Uh-huh.

5      SPECIAL AGENT CHIP ARRINGTON:  -- around that time?

6      MR. PRESTON TOLTH:  Yes.

7      SPECIAL AGENT CHIP ARRINGTON:  So you're stranded in

8  Monument Valley.  I imagine you get your way back down to

9  Sweetwater then at some point.

10     MR. PRESTON TOLTH:  Yeah, I hitchhiked.

11     SPECIAL AGENT CHIP ARRINGTON:  Okay.

12     MR. PRESTON TOLTH:  And, you know, I -- I didn't want

13 to stay there because me and my dad got into a fight.

14     SPECIAL AGENT CHIP ARRINGTON:  All right.  When did you

15 and your dad get in a fight?

16     MR. PRESTON TOLTH:  It's about a week ago.

17     SPECIAL AGENT CHIP ARRINGTON:  So today is Friday.  Did

18 you and your dad get in a fight on Monday or Tuesday?

19     MR. PRESTON TOLTH:  No, it's more like Sunday.

20     SPECIAL AGENT CHIP ARRINGTON:  Sunday.

21     MR. PRESTON TOLTH:  Yeah.

22     SPECIAL AGENT CHIP ARRINGTON:  What did y'all get in a

23 fight about?

24     MR. PRESTON TOLTH:  He's -- he's just stupid, man.  I

25 don't know.

1      SPECIAL AGENT CHIP ARRINGTON:  What did y'all get in a

2  fight about?

3      MR. PRESTON TOLTH:  I don't want to ask [sic] that

4  right now, but...

5      SPECIAL AGENT CHIP ARRINGTON:  Oh, you don't want to

6  talk about that?

7      MR. PRESTON TOLTH:  Oh, no, it's just family --

8  family --

9      SPECIAL AGENT CHIP ARRINGTON:  Family drama?

10      MR. PRESTON TOLTH:  Yeah, family drama, you know.

11      SPECIAL AGENT CHIP ARRINGTON:  Okay.

12      MR. PRESTON TOLTH:  It just has to be about he's a

13  piece of shit and, "Where the fuck were you when I was

14  growing up?"  You know --

15      SPECIAL AGENT CHIP ARRINGTON:  Yeah.

16      MR. PRESTON TOLTH:  -- all that blah, blah, blah.

17      SPECIAL AGENT CHIP ARRINGTON:  Okay.  Got you.

18      MR. PRESTON TOLTH:  My dad and my parents weren't there

19  kind of bullshit, but --

20      SPECIAL AGENT CHIP ARRINGTON:  Okay.

21      MR. PRESTON TOLTH:  -- I don't really care about that,

22  man.  Yeah, but we got in a fight Sunday.  We left.  You

23  know, I took off.  I hitchhiked.  I found my way back down

24  here.  And, you know, I've just been living on the streets

25  and I don't really talk to a lot of people, so...

1      SPECIAL AGENT CHIP ARRINGTON:  Okay.  So you

2  hitchhiked -- when did you start hitchhiking?

3      MR. PRESTON TOLTH:  That night we got in a fight.

4      SPECIAL AGENT CHIP ARRINGTON:  Sunday?

5      MR. PRESTON TOLTH:  Yeah.

6      SPECIAL AGENT CHIP ARRINGTON:  All right.  Were you --

7  were you drinking the night you and your old man got in a

8  fight?

9      MR. PRESTON TOLTH:  Hmm, I had a beer.

10      SPECIAL AGENT CHIP ARRINGTON:  So how much were you

11  drinking?

12      MR. PRESTON TOLTH:  Just like two cans, that's it.

13      SPECIAL AGENT CHIP ARRINGTON:  Man, I ain't -- we ain't

14  the alcohol police.

15      MR. PRESTON TOLTH:  Okay.  Yeah.

16      SPECIAL AGENT CHIP ARRINGTON:  I'm just trying to get

17  your --

18      MR. PRESTON TOLTH:  Yeah.  No, I'm being -- I'm, like,

19  being serious.  Two -- two beers, you know.

20      SPECIAL AGENT CHIP ARRINGTON:  And that was on Sunday?

21      MR. PRESTON TOLTH:  Yeah.

22      SPECIAL AGENT CHIP ARRINGTON:  Were you in Farmington

23  before this?

24      MR. PRESTON TOLTH:  Hmm, what do you mean?

25      SPECIAL AGENT CHIP ARRINGTON:  Were you -- before you

 1  and your old man got in a fight, had y'all traveled to,

 2  like, to the Farmington area?

 3       MR. PRESTON TOLTH:  For like laundry and shit, yeah.

 4       SPECIAL AGENT CHIP ARRINGTON:  So you -- I mean, you

 5  traveled to Farmington?

 6       MR. PRESTON TOLTH:  Yeah.

 7       SPECIAL AGENT CHIP ARRINGTON:  That's where you bought

 8  your beer and --

 9       MR. PRESTON TOLTH:  Uh-huh.

10       SPECIAL AGENT CHIP ARRINGTON:  Okay.  How much beer did

11  you buy, or whiskey, or vodka or --

12       MR. PRESTON TOLTH:  Just like a 12-pack.

13       SPECIAL AGENT CHIP ARRINGTON:  Did you buy any vodka?

14       MR. PRESTON TOLTH:  I probably did.  Probably bought

15  like, a pint.  That's about it.

16       SPECIAL AGENT CHIP ARRINGTON:  So you got you some

17  beers, a little -- a little vodka.

18       MR. PRESTON TOLTH:  Yeah.

19       SPECIAL AGENT CHIP ARRINGTON:  And you got a lot of

20  emotions going on right now and you're going to start

21  drinking.

22       MR. PRESTON TOLTH:  No.

23       SPECIAL AGENT CHIP ARRINGTON:  And you --

24       MR. PRESTON TOLTH:  A lot of emotions, no.

25       SPECIAL AGENT CHIP ARRINGTON:  Well, you started

1  drinking regardless, and then you and your dad get in an

2  argument.  And then after that things started getting kind

3  of -- going down a different direction.  Did your dad kick

4  you out of the truck?

5      MR. PRESTON TOLTH:  Uh-huh, yeah.

6      SPECIAL AGENT CHIP ARRINGTON:  Around Red Mesa?

7      MR. PRESTON TOLTH:  Hmm, uh-huh.

8      SPECIAL AGENT CHIP ARRINGTON:  Okay.

9      MR. PRESTON TOLTH:  It was fucking, like, 3:00 at

10 night.

11     SPECIAL AGENT CHIP ARRINGTON:  Yeah.  It was early;

12 wasn't it?

13     MR. PRESTON TOLTH:  Uh-huh.

14     SPECIAL AGENT CHIP ARRINGTON:  Okay.  How did you

15 get -- what did you do after he --

16     MR. PRESTON TOLTH:  I had walked --

17     SPECIAL AGENT CHIP ARRINGTON:  -- told you to get out

18 of the truck?

19     MR. PRESTON TOLTH:  I walked my ass down here, got

20 picked up by some guy on the road, you know.

21     SPECIAL AGENT CHIP ARRINGTON:  You walked your ass to

22 Thoreau?

23     MR. PRESTON TOLTH:  Yeah.

24     SPECIAL AGENT CHIP ARRINGTON:  And some dude --

25     MR. PRESTON TOLTH:  Of course, hell, yeah.

1    SPECIAL AGENT CHIP ARRINGTON:  -- picked you up on the

2  way?

3    MR. PRESTON TOLTH:  What else am I going to do?

4  Fucking just stand there?  Go back to my dad's house?  Do

5  something crazy like this, whatever you guys are accusing me

6  of?  Because you guys have -- you guys -- this is

7  ridiculous, you know.

8    SPECIAL AGENT CHIP ARRINGTON:  All right.  Well, what's

9  ridiculous?

10    MR. PRESTON TOLTH:  This is -- this whole situation

11  I -- I'm in.  You know, you guys just came up at me.  Like,

12  I wasn't doing nothing.  You guys didn't read me my Miranda

13  rights.  You guys didn't --

14    SPECIAL AGENT CHIP ARRINGTON:  Yes, we did.

15    MR. PRESTON TOLTH:  No, you didn't.  Well, right there

16  you did.

17    SPECIAL AGENT CHIP ARRINGTON:  You didn't -- were you

18  questioned yesterday?

19    MR. PRESTON TOLTH:  Yes, I was.

20    SPECIAL AGENT CHIP ARRINGTON:  By who?

21    MR. PRESTON TOLTH:  I don't know.  I don't know his

22  name.

23    SPECIAL AGENT CHIP ARRINGTON:  Okay.

24    MR. PRESTON TOLTH:  You guys know him.

25    SPECIAL AGENT CHIP ARRINGTON:  I don't know either, no,

 1  because I wasn't there.  Do you remember seeing me there

 2  yesterday?

 3       MR. PRESTON TOLTH:  No, but -- but you should find out,

 4  man.  You guys should communicate.

 5       SPECIAL AGENT CHIP ARRINGTON:  This right here --

 6       MR. PRESTON TOLTH:  Yes.

 7       SPECIAL AGENT CHIP ARRINGTON:  -- we read your rights.

 8       MR. PRESTON TOLTH:  Yes, yes.

 9       SPECIAL AGENT CHIP ARRINGTON:  Okay.

10       MR. PRESTON TOLTH:  Well, this is my first time hearing

11  those rights --

12       SPECIAL AGENT CHIP ARRINGTON:  Okay.

13       MR. PRESTON TOLTH:  -- read to me.

14       SPECIAL AGENT CHIP ARRINGTON:  Okay.  That's fine.

15       MR. PRESTON TOLTH:  And then I get charged with some

16  bullshit, like, your -- your charges are PI and criminal

17  nuisance.  Like, I was just chilling there, you know.

18       SPECIAL AGENT CHIP ARRINGTON:  All right.  So let's get

19  back to how you got down here to Thoreau.

20       MR. PRESTON TOLTH:  Yeah, I hitchhiked.

21       SPECIAL AGENT CHIP ARRINGTON:  So remember when I --

22  when we started this conversation --

23       MR. PRESTON TOLTH:  Yes.

24       SPECIAL AGENT CHIP ARRINGTON:  -- I told you that we

25  talked to a lot of people.

1       MR. PRESTON TOLTH:  I know you have.

2       SPECIAL AGENT CHIP ARRINGTON:  And it's important,

3   Preston, that you're honest with the three of us.

4       MR. PRESTON TOLTH:  I am completely honest.  Like, I

5   hitchhiked.

6       SPECIAL AGENT CHIP ARRINGTON:  All right.  Preston,

7   it's important that you're honest with us because this is

8   your opportunity to help out a lot of -- a lot of -- a lot

9   of pieces right here.

10      MR. PRESTON TOLTH:  Yeah, yeah.

11      SPECIAL AGENT CHIP ARRINGTON:  So after you and your

12  old man got in a fight, you were drinking.

13      MR. PRESTON TOLTH:  Yep.

14      SPECIAL AGENT CHIP ARRINGTON:  Right?  You said that;

15  right?

16      MR. PRESTON TOLTH:  Uh-huh.

17      SPECIAL AGENT CHIP ARRINGTON:  You didn't hitchhike

18  from Red Mesa to Thoreau.  I know you didn't.  Dustin knows

19  you didn't.  Custer knows you didn't.

20      MR. PRESTON TOLTH:  Okay.  Well, you guys can believe

21  that.

22      SPECIAL AGENT CHIP ARRINGTON:  So listen up.  But hold

23  on.  This is where you and your honesty becomes extremely

24  important.  You went back down to Sweetwater; didn't you?

25      MR. PRESTON TOLTH:  Huh-uh.

1    SPECIAL AGENT CHIP ARRINGTON:  You went back down to

2   Sweetwater.

3        MR. PRESTON TOLTH:  Why would I go there?

4        SPECIAL AGENT CHIP ARRINGTON:  And you went to go visit

5   someone that you were familiar with --

6        MR. PRESTON TOLTH:  Not even --

7        SPECIAL AGENT CHIP ARRINGTON:  -- from doing work.

8        MR. PRESTON TOLTH:  Okay.

9        SPECIAL AGENT CHIP ARRINGTON:  Okay?  I want to know

10   what happened in Sweetwater.  I want to know how you got in

11   that truck.  And I want to know what you did with the truck

12   once you got to Thoreau.

13        MR. PRESTON TOLTH:  I don't -- there's no truck.  I --

14        SPECIAL AGENT CHIP ARRINGTON:  I know there's not now.

15   We've already talked to your brother.

16        MR. PRESTON TOLTH:  Yeah.  Okay.

17        SPECIAL AGENT CHIP ARRINGTON:  And we've got witnesses

18   in Sweetwater.

19        MR. PRESTON TOLTH:  Did they see me drive that truck?

20        SPECIAL AGENT CHIP ARRINGTON:  We've got DOT cameras,

21   Department of Transportation --

22        MR. PRESTON TOLTH:  Well --

23        SPECIAL AGENT CHIP ARRINGTON:  -- these cameras are

24   along the road that --

25        MR. PRESTON TOLTH:  -- I would like to see that.

1          SPECIAL AGENT CHIP ARRINGTON:  Well, you will.  I don't

2    have it right here, but you'll see it.  But these pictures,

3    these -- these cameras, they get pictures of the front and

4    rear of these vehicles as they travel through.

5          MR. PRESTON TOLTH:  Okay.  Yeah, I believe that.

6          SPECIAL AGENT CHIP ARRINGTON:  Okay.  So this is where

7    we come in with, "How did you get there?"  You had a -- you

8    had a Ford truck.

9          MR. PRESTON TOLTH:  No, I didn't.

10          SPECIAL AGENT CHIP ARRINGTON:  Preston --

11          MR. PRESTON TOLTH:  I did not.

12          SPECIAL AGENT CHIP ARRINGTON:  -- we're not going to

13    sit here and waste our time.

14          MR. PRESTON TOLTH:  Well, I'm not going to waste my

15    time, too, man.

16          SPECIAL AGENT CHIP ARRINGTON:  So why would your

17    brother tell us --

18          MR. PRESTON TOLTH:  Okay.  Because he don't like me.

19          SPECIAL AGENT CHIP ARRINGTON:  Well, you know, listen

20    to me.  Listen to me.  Check it out.  You're in Sweetwater

21    with your dad.

22          MR. PRESTON TOLTH:  Yeah.

23          SPECIAL AGENT CHIP ARRINGTON:  Your brother was running

24    the streets down in -- in Thoreau with his girlfriend, Gina,

25    and whatever.

1        MR. PRESTON TOLTH:  Okay.

2        SPECIAL AGENT CHIP ARRINGTON:  You didn't hitchhike to

3    Thoreau.  You -- you showed up at your momma's house in your

4    G-whip.

5        MR. PRESTON TOLTH:  No.

6        SPECIAL AGENT CHIP ARRINGTON:  Then tell us what

7    happened.

8        MR. PRESTON TOLTH:  I hitchhiked down here, dude.

9        SPECIAL AGENT CHIP ARRINGTON:  So that truck --

10        MR. PRESTON TOLTH:  Yeah.  Okay.  What truck?

11        SPECIAL AGENT CHIP ARRINGTON:  It's a gray Ford truck.

12        MR. PRESTON TOLTH:  Okay.

13        SPECIAL AGENT CHIP ARRINGTON:  Look, man, we're running

14    around in circles right here.

15        MR. PRESTON TOLTH:  Look, me, too, man.  I don't know

16    what you're talking about.

17        SPECIAL AGENT CHIP ARRINGTON:  Because you're not being

18    honest.

19        MR. PRESTON TOLTH:  I'm being completely honest. It's

20    just hearsay, you know.

21        SPECIAL AGENT CHIP ARRINGTON:  What's hearsay?

22        MR. PRESTON TOLTH:  "Oh, fuck -- fuck that kid.  You

23    know, fucking, let's -- let's blame it on him, you know.

24    Fuck all this so we can get away with something."

25        SPECIAL AGENT CHIP ARRINGTON:  Blame it all on him.

1  Blame what on him?

2       MR. PRESTON TOLTH:  What you're accusing me of.

3       SPECIAL AGENT CHIP ARRINGTON:  What am I accusing you

4  of?

5       MR. PRESTON TOLTH:  Okay.  What we're talking about

6  right now.  Well, what -- what are we talking about right

7  now?

8       SPECIAL AGENT CHIP ARRINGTON:  I'm talking about you in

9  a vehicle.

10       MR. PRESTON TOLTH:  Okay.  Yeah, there's no vehicle.

11  Like, I would like to see evidence.

12       SPECIAL AGENT CHIP ARRINGTON:  The one that you took to

13  Albuquerque.

14       MR. PRESTON TOLTH:  Okay.  Yeah.  I don't know what

15  you're talking about, dude.

16       SPECIAL AGENT CHIP ARRINGTON:  There's DOT cameras on

17  I-40, too.

18       MR. PRESTON TOLTH:  Well, go -- go investigate that,

19  man.

20       SPECIAL AGENT CHIP ARRINGTON:  And, once again, they

21  take pictures of the front and rear.

22       MR. PRESTON TOLTH:  Yeah.  Okay.  And does it have

23  proof of a picture of me driving that?

24       SPECIAL AGENT CHIP ARRINGTON:  Yeah, you --

25       MR. PRESTON TOLTH:  I would like to see that.

 1        SPECIAL AGENT CHIP ARRINGTON:  You'll see it

 2   eventually.  I don't have it here with me.

 3        MR. PRESTON TOLTH:  Well, come on.  I don't --

 4        SPECIAL AGENT CHIP ARRINGTON:  All right.  Look, here's

 5   the bottom line.  We're here because of an incident that

 6   happened in Sweetwater.

 7        MR. PRESTON TOLTH:  Okay.  Yeah.

 8        SPECIAL AGENT CHIP ARRINGTON:  There's a lady that's

 9   missing in Sweetwater.

10        MR. PRESTON TOLTH:  Well --

11        SPECIAL AGENT CHIP ARRINGTON:  Listen to me.  Don't --

12   just give me a minute.  There's a lady missing from

13   Sweetwater.  There's family members that live in that area

14   that saw you in that -- in that area early in the morning

15   around 2:00, 2:30.  Listen to me.  It's about the same --

16   you know, you and your old man got in a fight.  He kicks you

17   out.  You jump back in the truck.

18        MR. PRESTON TOLTH:  They seen me?

19        SPECIAL AGENT CHIP ARRINGTON:  Listen to me.

20        MR. PRESTON TOLTH:  I --

21        SPECIAL AGENT CHIP ARRINGTON:  Listen to me, Preston.

22        MR. PRESTON TOLTH:  They --

23        SPECIAL AGENT CHIP ARRINGTON:  You and your old man --

24        MR. PRESTON TOLTH:  -- did not see me.

25        SPECIAL AGENT CHIP ARRINGTON:  -- get in the vehicle.

1      MR. PRESTON TOLTH:  Because --

2      SPECIAL AGENT CHIP ARRINGTON:  He kicks you out of the

3  vehicle.

4      MR. PRESTON TOLTH:  -- I left.

5      SPECIAL AGENT CHIP ARRINGTON:  Yeah.  You jump back in.

6  You somehow get down back around Sweetwater area.

7      MR. PRESTON TOLTH:  It's a long fucking walk.  Hell,

8  no, I'm not going to do that.

9      SPECIAL AGENT CHIP ARRINGTON:  Listen to me.  And then

10  at this lady's house -- this lady is missing.  This

11  innocent, 60-something-year-old-lady, that had nothing to do

12  with any of this, you end up in her truck, Preston.  And you

13  drive that truck from Sweetwater, from her house, down here

14  through Crown Point to Thoreau.

15      There's an innocent grandma that got roped into this

16  crap because of a -- of a -- for whatever reason.

17      MR. PRESTON TOLTH:  I understand.

18      SPECIAL AGENT CHIP ARRINGTON:  Well, I don't know if

19  you do.

20      MR. PRESTON TOLTH:  I -- I do.  I totally understand.

21  That's -- that's messed up.  That's fucked up.

22      SPECIAL AGENT CHIP ARRINGTON:  It is fucked up.  So

23  this poor lady gets roped into this.  This poor lady who you

24  knew because you've done work at her house.

25      MR. PRESTON TOLTH:  Like, one time, dude.

1       SPECIAL AGENT CHIP ARRINGTON:  All right.  Let's pause

2   right here.

3       MR. PRESTON TOLTH:  Now, I know you --

4       SPECIAL AGENT CHIP ARRINGTON:  Just pause right here.

5   Pause.

6       MR. PRESTON TOLTH:  Okay.

7       SPECIAL AGENT CHIP ARRINGTON:  One time, zero time.

8   Anyway, y'all are familiar with each other.  Remember when I

9   talked at the beginning, I said, you know, you're doing some

10  odd-and-end jobs --

11      MR. PRESTON TOLTH:  Yeah.

12      SPECIAL AGENT CHIP ARRINGTON:  -- doing some work for

13  people?

14      MR. PRESTON TOLTH:  Yeah, we just --

15      SPECIAL AGENT CHIP ARRINGTON:  Okay.

16      MR. PRESTON TOLTH:  We do it one time and then we --

17      SPECIAL AGENT CHIP ARRINGTON:  Okay.

18      MR. PRESTON TOLTH:  -- never go back to the person's

19  house.

20      SPECIAL AGENT CHIP ARRINGTON:  That's fine.  But you

21  and this lady are familiar with each other.

22      MR. PRESTON TOLTH:  Okay.  Whatever.

23      SPECIAL AGENT CHIP ARRINGTON:  This lady's truck,

24  through tags, vehicle description, is spotted leaving her

25  house early morning Wednesday.  A couple hours later,

1   Preston, you were seen driving that truck because you're

2   caught on DOT cameras.

3         MR. PRESTON TOLTH:  I would like to see that.

4         SPECIAL AGENT CHIP ARRINGTON:  And then you come down

5   here to Thoreau.

6         MR. PRESTON TOLTH:  Okay.

7         SPECIAL AGENT CHIP ARRINGTON:  This is your

8   opportunity, Preston, to either dig in deep like a tick --

9         MR. PRESTON TOLTH:  Hmm.

10        SPECIAL AGENT CHIP ARRINGTON:  -- or help yourself out

11  down the road.

12        MR. PRESTON TOLTH:  I am helping myself out, man.

13        SPECIAL AGENT CHIP ARRINGTON:  If you're honest and you

14  show honesty --

15        MR. PRESTON TOLTH:  Yeah.

16        SPECIAL AGENT CHIP ARRINGTON:  -- and the willing to

17  cooperate with regards to the missing of this lady --

18        MR. PRESTON TOLTH:  Uh-huh.

19        SPECIAL AGENT CHIP ARRINGTON:  -- then that can be

20  taken into account down the road.  The point is there's a

21  female -- there's a lady, an elderly lady --

22        MR. PRESTON TOLTH:  Yes, I know.

23        SPECIAL AGENT CHIP ARRINGTON:  -- that's missing.

24        MR. PRESTON TOLTH:  You told me.  I heard that.

25        SPECIAL AGENT CHIP ARRINGTON:  And you knew this lady,

1  Preston.  And I know when you got down to Thoreau in this
2  lady's truck, I know what you told Leander.  Because you're
3  roping Leander in this shit now, too.
4      Preston, what -- the bottom line is, the biggest thing
5  we need to know right now is where's ███████?
6      MR. PRESTON TOLTH:  I don't know what you're talking
7  about, dude.  Like --
8      SPECIAL AGENT CHIP ARRINGTON:  Yes, you do.
9      MR. PRESTON TOLTH:  No, I don't.
10     SPECIAL AGENT CHIP ARRINGTON:  You -- there's a lady
11 out there that you had direct contact with that you knew,
12 that you were in her vehicle and now -- listen, man.  She's
13 out on the res now and her family is freaked out.
14     MR. PRESTON TOLTH:  Of course.  Like, if some -- if I
15 went missing, my family would be freaked out.  If you went
16 missing, your family would freak out.  And, yeah, they'll
17 blame the guy that -- that does stupid shit, you know.
18 They'll blame that guy.
19     SPECIAL AGENT CHIP ARRINGTON:  Well, you did some
20 stupid shit that night, Preston.
21     MR. PRESTON TOLTH:  Oh, no, no, I didn't.
22     SPECIAL AGENT CHIP ARRINGTON:  Preston, I know that you
23 were in this lady's vehicle.  And when you got to Thoreau,
24 you told your brother -- or your brother asked you, "Hey,
25 man, where did you get this truck?"

 1          You said, "I got it from this lady I was drinking

 2     with," or whatever.

 3          MR. PRESTON TOLTH:  I never...

 4          SPECIAL AGENT CHIP ARRINGTON:  And then that -- that --

 5     that conversation evolved to --

 6          MR. PRESTON TOLTH:  Okay.  That dude is a fucking meth

 7     head.

 8          SPECIAL AGENT CHIP ARRINGTON:  And then what about you?

 9          MR. PRESTON TOLTH:  Me?

10          SPECIAL AGENT CHIP ARRINGTON:  Uh-huh.

11          MR. PRESTON TOLTH:  I used to do the drugs.

12          SPECIAL AGENT CHIP ARRINGTON:  Okay.  So let's not cast

13     judgment.

14          MR. PRESTON TOLTH:  Yeah, of course.  You know, I'm

15     not -- I'm not -- but, fucking --

16          SPECIAL AGENT CHIP ARRINGTON:  Listen to me.

17          MR. PRESTON TOLTH:  Yeah, I'm listening.

18          SPECIAL AGENT CHIP ARRINGTON:  You're the only one in

19     Sweetwater.

20          MR. PRESTON TOLTH:  Okay.  Yeah, in Red Mesa.

21          SPECIAL AGENT CHIP ARRINGTON:  You end up in Thoreau.

22          MR. PRESTON TOLTH:  Stuck out in the middle of nowhere

23     and...

24          SPECIAL AGENT CHIP ARRINGTON:  You get -- yeah, you're

25     stuck out in the middle of nowhere in Red Mesa.  You get

1 | back.  You go to this lady's house.  You, Preston, are in

2 | her vehicle.  Why are you in her vehicle?

3 |     MR. PRESTON TOLTH:  I was in no truck, no vehicle,

4 | dude.  I walked back.  I slept --

5 |     SPECIAL AGENT CHIP ARRINGTON:  How did that vehicle get

6 | down to Thoreau then?

7 |     MR. PRESTON TOLTH:  Is it in Thoreau?

8 |     SPECIAL AGENT CHIP ARRINGTON:  Not now.

9 |     MR. PRESTON TOLTH:  I don't know what --

10 |     SPECIAL AGENT CHIP ARRINGTON:  How did it get to

11 | Thoreau?

12 |     MR. PRESTON TOLTH:  -- you're talking about, dude.

13 |     SPECIAL AGENT CHIP ARRINGTON:  Bro, listen.  There's

14 | people in Thoreau.  You're not the only person in Thoreau.

15 | You and Leander are not the only two people --

16 |     MR. PRESTON TOLTH:  Yeah, I know.

17 |     SPECIAL AGENT CHIP ARRINGTON:  -- in that city.  There

18 | are neighbors that saw you and your brother in a --

19 |     MR. PRESTON TOLTH:  Did they --

20 |     SPECIAL AGENT CHIP ARRINGTON:  Listen to me.  Hush.

21 | There are -- there are people in that community --

22 |     MR. PRESTON TOLTH:  Well, I'm --

23 |     SPECIAL AGENT CHIP ARRINGTON:  -- that saw you and your

24 | brother.

25 |     MR. PRESTON TOLTH:  I'm done.  This ain't going to get

1  nowhere and, you know, I --

2      SPECIAL AGENT CHIP ARRINGTON:  Do -- do you want to

3  talk to us?  Do you want to tell us where ███████████ is?

4      MR. PRESTON TOLTH:  Dude, I don't know what you're

5  talking about, man.

6      SPECIAL AGENT CHIP ARRINGTON:  I'm telling -- all

7  right.  I'm telling you what I'm talking about.

8      MR. PRESTON TOLTH:  I -- I know there's a missing

9  person, but what --

10      SPECIAL AGENT CHIP ARRINGTON:  And you were in her

11  vehicle.

12      MR. PRESTON TOLTH:  I found out and, you know --

13      SPECIAL AGENT CHIP ARRINGTON:  Preston, you were in her

14  vehicle.  There's a lady out there that's missing, bro,

15  and --

16      MR. PRESTON TOLTH:  I know, but --

17      SPECIAL AGENT CHIP ARRINGTON:  -- you're just going to

18  leave her ass out there.  You told your brother, "Hey, man,

19  I ended up getting in an argument with this girl and I

20  probably killed her."

21      MR. PRESTON TOLTH:  I didn't -- I never said anything

22  of that.

23      SPECIAL AGENT CHIP ARRINGTON:  And then the truck,

24  where's the truck now?

25      MR. PRESTON TOLTH:  I don't know what you're talking

 1  about, man.  If you guys have DOT cameras, like, go find

 2  that truck, dude, and -- like, I'm -- I just got dragged

 3  into some bullshit, like --

 4       SPECIAL AGENT CHIP ARRINGTON:  You didn't hitchhike to

 5  Thoreau.

 6       MR. PRESTON TOLTH:  Hmm, yeah.  Did you see me?  Oh,

 7  people see me?  No, no.

 8       SPECIAL AGENT CHIP ARRINGTON:  On the DOC camera, bro,

 9  driving the truck.

10       MR. PRESTON TOLTH:  I would like to see that.

11       SPECIAL AGENT DUSTIN DRACE:  So let's just be clear on

12  a couple of things.  We're not -- we're not in court right

13  now, so --

14       MR. PRESTON TOLTH:  Yeah, I know we're not in court.

15       SPECIAL AGENT DUSTIN DRACE:  Stop it.  So we're not

16  trying to prove anything.

17       MR. PRESTON TOLTH:  Well, this is what you --

18       SPECIAL AGENT CHIP ARRINGTON:  Stop it.

19       MR. PRESTON TOLTH:  -- are trying to prove --

20       SPECIAL AGENT CHIP ARRINGTON:  Stop it.  What we're

21  trying to say --

22       MR. PRESTON TOLTH:  No, you stop it.

23       SPECIAL AGENT DUSTIN DRACE:  -- is that you're on

24  camera.  We're not going to play a game about can we see the

25  camera or not.  We're telling you that we know that you're

1   in the truck.

2        MR. PRESTON TOLTH:  Okay.  Yeah.

3        SPECIAL AGENT DUSTIN DRACE:  And we're giving you an

4   opportunity to explain this to us --

5        MR. PRESTON TOLTH:  You guys are just --

6        SPECIAL AGENT DUSTIN DRACE:  -- why you're in the

7   truck.

8        MR. PRESTON TOLTH:  You guys are just --

9        SPECIAL AGENT DUSTIN DRACE:  I'm not accusing you of

10  anything.

11       MR. PRESTON TOLTH:  Yeah.  Yes, you guys are.

12       SPECIAL AGENT DUSTIN DRACE:  No.  What we're saying is

13  that a lot of people are giving us information that say that

14  you were involved with this, and we're here to give you an

15  opportunity to tell us why you were not involved.

16       MR. PRESTON TOLTH:  Because I wasn't.

17       SPECIAL AGENT DUSTIN DRACE:  So you're in the truck.

18  You're not being upfront with us about that.  So if you're

19  not being upfront with us about that, what else are you not

20  being upfront with us about?

21       MR. PRESTON TOLTH:  Hmm, I do not know what you guys

22  are talking about.

23       SPECIAL AGENT CHIP ARRINGTON:  You can sit there and

24  keep saying that, Preston, but it's not going to help you

25  out.

1      MR. PRESTON TOLTH:  Well, we -- we'll just have to take

2  it to court then, I guess.

3      SPECIAL AGENT CHIP ARRINGTON:  You're willing --

4      MR. PRESTON TOLTH:  I don't mind.  I'm willing to stay

5  in jail.  This -- this ain't shit.

6      SPECIAL AGENT CHIP ARRINGTON:  You don't mind staying

7  in jail?

8      MR. PRESTON TOLTH:  Oh, fuck, no.  Like --

9      SPECIAL AGENT CHIP ARRINGTON:  Why?

10     MR. PRESTON TOLTH:  Because I've been in and out of

11 jail since I was a kid, and, you know, people -- people

12 don't give a shit about me, man.

13     SPECIAL AGENT CHIP ARRINGTON:  People don't give a shit

14 about you.  Is that a reason why you just kind of -- just

15 kind of just do things just without regard for other

16 people's feelings or emotions --

17     MR. PRESTON TOLTH:  I don't care.

18     SPECIAL AGENT CHIP ARRINGTON:  -- because people are --

19 don't give a shit about you?

20     MR. PRESTON TOLTH:  This isn't no therapy lesson,

21 session or -- I'm done.

22     SPECIAL AGENT CHIP ARRINGTON:  You're done with what?

23     MR. PRESTON TOLTH:  This.

24     SPECIAL AGENT CHIP ARRINGTON:  You don't have anything

25 else to say?

1       MR. PRESTON TOLTH:  No, I do not.

2        SPECIAL AGENT CHIP ARRINGTON:  All right.

3

4   (Discovery 001735 (Preston Tolth_Interview) audio ended.)

5                         * * * * *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATION

 2        I, Jennifer Payne Kaelin, a Certified Shorthand

 3   Reporter within and for the State of Oklahoma, do hereby

 4   certify that I produced the transcript phonetically from an

 5   audio file labeled Discovery 001735 (Preston

 6   Tolth_Interview).

 7        I was not present at the recording and, therefore, no

 8   contemporaneous stenographic notes were recorded along with

 9   the audio.  The foregoing phonetic transcript of the

10   proceedings is full, true, correct and complete, to the best

11   of my skill and ability.

12        I further certify that I am not an attorney for nor

13   relative of any of said parties or otherwise interested in

14   the outcome or event of said action.

15

16        IN WITNESS WHEREOF, I have hereunto set my hand and

17   affixed my official seal this 9th day of July, 2023.

18                          Jennifer Payne Kaelin, CSR

19                          _____
                            Jennifer Payne Kaelin, CSR#1748
20                               Official Court Reporter

21

22

23

24

25
```