# EXHIBIT  6

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR
, on 07/13/2021

1

2                     UNITED STATES v. PRESTON TOLTH

3                  CASE NUMBER CR-23-08043-PCT-DLR

4

5

6

7

8

9

10   _____

11        REPORTER'S TRANSCRIPT OF AUDIO FILE LABELED

12          Discovery 001578(Navajo Nation discovery

13                   Preston Tolth escort.)

14   _____

15

16   ESCORT OF:        PRESTON TOLTH

17   DATE:             JULY 13, 2021

18   SPEAKERS:         SPECIAL AGENT LANCE ROUNDY
                       SPECIAL AGENT DUSTIN DRACE
19                     CRIMINAL INVESTIGATOR WILSON CHARLEY

20

21   TRANSCRIBED BY:

22                   JENNIFER PAYNE KAELIN, CSR
                       Official Court Reporter
23                 Sequoyah County District Court
                     120 E. Chickasaw Avenue
24                   Sallisaw, Oklahoma 74955
                         (405)623-5160
25

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR

, on 07/13/2021                                                                    Page 2

```
 1                Discovery 001578(Navajo Nation discovery

 2                       Preston Tolth escort.)

 3                           *  *  *  *  *

 4          CRIMINAL INVESTIGATOR WILSON CHARLEY:  Hey, Preston,

 5     when you got here, did you knock on the door?

 6          MR. PRESTON TOLTH:  Yeah.

 7          CRIMINAL INVESTIGATOR WILSON CHARLEY:  Then she opened

 8     it?

 9          MR. PRESTON TOLTH:  Yes.

10          CRIMINAL INVESTIGATOR WILSON CHARLEY:  Okay.

11          MR. PRESTON TOLTH:  Took me -- took a long time.

12     Eventually she opened it.  We were talking and we got into

13     the truck.

14          CRIMINAL INVESTIGATOR WILSON CHARLEY:  Okay.  She gave

15     you the keys to drive?

16          MR. PRESTON TOLTH:  Yeah.

17          CRIMINAL INVESTIGATOR WILSON CHARLEY:  Huh?

18          MR. PRESTON TOLTH:  Yeah.

19          CRIMINAL INVESTIGATOR WILSON CHARLEY:  Okay.

20          SPECIAL AGENT LANCE ROUNDY:  I don't know if I'm going

21     to make that corner there.  I'm going to have to go down and

22     turn around here.  So I'll turn around here and we can

23     retrace.

24          MR. PRESTON TOLTH:  Okay.

25          SPECIAL AGENT LANCE ROUNDY:  We can retrace our steps.
```

1    I'm going to turn around here.

2         All these people here related or are they --

3                        (Loud road noise.)

4         MR. PRESTON TOLTH:  I don't know.

5         SPECIAL AGENT LANCE ROUNDY:  -- just different people?

6    You don't know any of them?

7         MR. PRESTON TOLTH:  No.  Only been in Sweetwater for --

8    it's close to a month.

9         SPECIAL AGENT LANCE ROUNDY:  Yeah.

10        MR. PRESTON TOLTH:  Not even that, like, three weeks.

11        SPECIAL AGENT LANCE ROUNDY:  Three weeks?

12        MR. PRESTON TOLTH:  I spent two weeks down here.

13   First, when I got down here, I went for a nephew, and my

14   nieces came down from Utah.  Asked to come work.  I was,

15   like, "Okay."  So I had spent a week up there and something

16   happened -- something happened.  I drove her all the way to

17   the reception and she left me.  She was drunk because I

18   wouldn't drive her back.

19        SPECIAL AGENT LANCE ROUNDY:  Yeah.

20        MR. PRESTON TOLTH:  And she left me and walked all the

21   way back over here, and I don't even know.  Because that --

22   that way or straight.  I don't know.

23        SPECIAL AGENT LANCE ROUNDY:  Go this way?

24        MR. PRESTON TOLTH:  Possibly, yeah.

25        SPECIAL AGENT LANCE ROUNDY:  Does this take us out?

1   This isn't the -- where you --

2         MR. PRESTON TOLTH:  No.

3         CRIMINAL INVESTIGATOR WILSON CHARLEY:  I think you

4   still can go out that way.

5         MR. PRESTON TOLTH:  I think you can go this way.

6         SPECIAL AGENT LANCE ROUNDY:  We can go this way to get

7   on the main road?

8         MR. PRESTON TOLTH:  Yeah.

9         SPECIAL AGENT LANCE ROUNDY:  But you cut back around

10  where --

11        MR. PRESTON TOLTH:  Yeah.

12        SPECIAL AGENT LANCE ROUNDY:  -- the way we came in?

13        MR. PRESTON TOLTH:  And then I drove down just the way

14  we came in.

15        SPECIAL AGENT LANCE ROUNDY:  Okay.  So this will take

16  us --

17        MR. PRESTON TOLTH:  Yeah.

18        SPECIAL AGENT LANCE ROUNDY:  -- out to the -- to where

19  we need to get?

20        MR. PRESTON TOLTH:  I believe so, yeah.

21        SPECIAL AGENT LANCE ROUNDY:  All right.  And you say

22  your dad lives down --

23        MR. PRESTON TOLTH:  Yeah.

24        SPECIAL AGENT LANCE ROUNDY:  -- that way a little

25  farther?  Get pretty hot out here?

1      MR. PRESTON TOLTH:  Yeah, it's --

2      SPECIAL AGENT LANCE ROUNDY:  Bet you it does.

3      MR. PRESTON TOLTH:  A lot of dust and --

4      SPECIAL AGENT LANCE ROUNDY:  Yeah.  Now, from here,

5  this way?  Keep going left here?  Was this main -- the road

6  we came in?

7      MR. PRESTON TOLTH:  Yeah.

8      SPECIAL AGENT LANCE ROUNDY:  Oh, okay.  So we just did

9  a big loop?

10     MR. PRESTON TOLTH:  Yeah.

11     SPECIAL AGENT LANCE ROUNDY:  Now this will get us back

12  down towards that intersection over there.  Keep going

13  straight; right?

14     MR. PRESTON TOLTH:  (No audible response.)

15     SPECIAL AGENT LANCE ROUNDY:  Wilson, I'll have that --

16  that paint horse over there, man.

17     CRIMINAL INVESTIGATOR WILSON CHARLEY:  Nice.

18     SPECIAL AGENT LANCE ROUNDY:  Go -- go round it up.

19     CRIMINAL INVESTIGATOR WILSON CHARLEY:  No saddle?

20     SPECIAL AGENT LANCE ROUNDY:  I'm going to probably need

21  one, yeah, if I can get it.  Do we come our --

22  (Unintelligible.)

23     CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah.

24     SPECIAL AGENT LANCE ROUNDY:  Grab that sack there,

25  Wilson.

 1        MR. PRESTON TOLTH:  And at this point, I was trying to

 2   figure out what to do.

 3        SPECIAL AGENT LANCE ROUNDY:  Right.

 4        MR. PRESTON TOLTH:  Go to my dad's or go back home.

 5        SPECIAL AGENT LANCE ROUNDY:  So you were still driving

 6   her truck and she was in the car -- in the truck; right?

 7        MR. PRESTON TOLTH:  Yeah.

 8        SPECIAL AGENT LANCE ROUNDY:  Okay.  Now, did you guys

 9   keep going --

10        MR. PRESTON TOLTH:  Yeah.

11        SPECIAL AGENT LANCE ROUNDY:  -- straight here?

12        MR. PRESTON TOLTH:  Keep going straight.

13        SPECIAL AGENT LANCE ROUNDY:  All right.

14        MR. PRESTON TOLTH:  Come across the intersection.

15        SPECIAL AGENT LANCE ROUNDY:  Can you get that?  You

16   need help with that or not?

17        So here's the intersection right here.  Is this the

18   intersection you're talking about?

19        MR. PRESTON TOLTH:  Yeah.

20        SPECIAL AGENT LANCE ROUNDY:  Okay.  And that goes back

21   to the main road; right?  Goes back to Red Mesa?

22        MR. PRESTON TOLTH:  Yeah.

23        SPECIAL AGENT LANCE ROUNDY:  And where from here did

24   you go?

25        MR. PRESTON TOLTH:  I think it was towards the mission.

1        SPECIAL AGENT LANCE ROUNDY:  Left?

2        MR. PRESTON TOLTH:  (No audible response.)

3        SPECIAL AGENT LANCE ROUNDY:  So you made a hard left

4   here?

5        MR. PRESTON TOLTH:  Yep.

6        SPECIAL AGENT LANCE ROUNDY:  Went towards the mission.

7        MR. PRESTON TOLTH:  Yeah, my dad lives down that way.

8        SPECIAL AGENT LANCE ROUNDY:  Your dad lives straight

9   down there?

10        MR. PRESTON TOLTH:  Yeah.  This is, like, a back way

11   towards the highway.

12        SPECIAL AGENT LANCE ROUNDY:  Okay.

13        MR. PRESTON TOLTH:  Go back down -- the rocks

14   (Unintelligible.)

15        SPECIAL AGENT LANCE ROUNDY:  So at this point, you're

16   driving along here.  You've made the decision, "I'm not

17   going back to my dad's.  I'm going to head -- try and get on

18   the main road;" is that right?

19        MR. PRESTON TOLTH:  (No audible response.)

20        SPECIAL AGENT LANCE ROUNDY:  And then the -- you said

21   something about where you -- you dropped her off at.

22        MR. PRESTON TOLTH:  Yeah.

23        SPECIAL AGENT LANCE ROUNDY:  Is that up here?

24        MR. PRESTON TOLTH:  Someplace, yeah.

25                    (Loud road noise.)

1      SPECIAL AGENT LANCE ROUNDY:  Okay.  All right.  Do you

2   remember driving down past this road here?

3      MR. PRESTON TOLTH:  We got to pass the mission.

4      SPECIAL AGENT LANCE ROUNDY:  Go past the mission?

5      MR. PRESTON TOLTH:  (No audible response.)

6                    (Loud road noise.)

7      SPECIAL AGENT LANCE ROUNDY:  Okay.  Got to be the worst

8   road to try and eat a sandwich on, huh?

9      MR. PRESTON TOLTH:  And that's the mission.

10      SPECIAL AGENT LANCE ROUNDY:  Here's the mission right

11   here.  So up to this point, you're driving.  She's still in

12   the car.  You guys go past the mission; right?

13      MR. PRESTON TOLTH:  (No audible response.)

14      SPECIAL AGENT LANCE ROUNDY:  How far from the mission

15   is the main road down here?

16      MR. PRESTON TOLTH:  It's quite a ways.

17      SPECIAL AGENT LANCE ROUNDY:  Is it?

18      MR. PRESTON TOLTH:  I think so.  I don't know.

19      SPECIAL AGENT LANCE ROUNDY:  So it would be the left or

20   right?

21      MR. PRESTON TOLTH:  Left.

22      SPECIAL AGENT LANCE ROUNDY:  What's that?  This way?

23      MR. PRESTON TOLTH:  Left.  All the way.

24      SPECIAL AGENT LANCE ROUNDY:  What's that?

25      MR. PRESTON TOLTH:  All the way, man.  This is not

1   the way.

2        SPECIAL AGENT LANCE ROUNDY:  Not -- not the way?

3        MR. PRESTON TOLTH:  No.

4        SPECIAL AGENT LANCE ROUNDY:  Okay.

5        CRIMINAL INVESTIGATOR WILSON CHARLEY:  Because there's

6   another road that goes on the side here --

7        MR. PRESTON TOLTH:  Yeah.

8        CRIMINAL INVESTIGATOR WILSON CHARLEY:  -- that goes out

9   to the main road/highway.

10       SPECIAL AGENT LANCE ROUNDY:  All right.  You guys --

11       MR. PRESTON TOLTH:  And that road leads to the highway,

12  but --

13       SPECIAL AGENT LANCE ROUNDY:  This one --

14       MR. PRESTON TOLTH:  It all leads --

15       SPECIAL AGENT LANCE ROUNDY:  I'll take this one then.

16       MR. PRESTON TOLTH:  That one leads to the road they

17  were supposed to build a long ago, I believe.

18       SPECIAL AGENT LANCE ROUNDY:  Yeah.  So this is 5037, it

19  looks like.  So it's the road that goes back that way?

20       MR. PRESTON TOLTH:  Uh-huh.

21       SPECIAL AGENT LANCE ROUNDY:  It's 5043 looks like.

22       MR. PRESTON TOLTH:  It splits.

23       SPECIAL AGENT LANCE ROUNDY:  Left?

24       MR. PRESTON TOLTH:  (No audible response.)

25       SPECIAL AGENT LANCE ROUNDY:  This is C537.  All right.

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR
,  on 07/13/2021                                                                                      Page 10

1    Straight now?

2         MR. PRESTON TOLTH:  (No audible response.)

3                        (Loud road noise.)

4         SPECIAL AGENT LANCE ROUNDY:  So when you're driving

5    this road, Preston, did you have a phone or anything to go

6    off of or just kind of your memory?  You've driven this road

7    before?

8         MR. PRESTON TOLTH:  Once.

9         SPECIAL AGENT LANCE ROUNDY:  Once?  Okay.

10        MR. PRESTON TOLTH:  My dad took me here.

11        SPECIAL AGENT LANCE ROUNDY:  Am I to go -- keep going

12   straight?  Wait a minute.

13        MR. PRESTON TOLTH:  No.

14        SPECIAL AGENT LANCE ROUNDY:  Because that one will go

15   to that house.

16        MR. PRESTON TOLTH:  Yeah, this isn't the road.

17        SPECIAL AGENT LANCE ROUNDY:  This isn't it?

18        MR. PRESTON TOLTH:  No, I believe it was the other one.

19        CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah, where we

20   got off at I -- 5043, that goes out to the main road.

21        SPECIAL AGENT LANCE ROUNDY:  Okay.  So we'll just

22   retrace back to 54 -- 5403, see if that rings a bell.

23        MR. PRESTON TOLTH:  Yeah, I didn't have any phone.

24        SPECIAL AGENT LANCE ROUNDY:  No GPS?

25        MR. PRESTON TOLTH:  No nothing, no.  I was just

1  | driving.

2  |     SPECIAL AGENT LANCE ROUNDY:  Plus, it was dark; right?

3  |     MR. PRESTON TOLTH:  Uh-huh.

4  |     SPECIAL AGENT LANCE ROUNDY:  Okay.  Jump back this way

5  | because this is kind of the -- this is road 5043 that kind

6  | of heads off that way.  Does this look more like the road

7  | you took, man?

8  |     MR. PRESTON TOLTH:  This is it.  This road, but --

9  | (Unintelligible.)

10 |                 (Loud background noise.)

11 |     SPECIAL AGENT LANCE ROUNDY:  Okay.  Still to this

12 | point, she's still in the car with you -- in the truck?

13 |     MR. PRESTON TOLTH:  (No audible response.)

14 |     CRIMINAL INVESTIGATOR WILSON CHARLEY:  You got some

15 | good tires?

16 |     SPECIAL AGENT LANCE ROUNDY:  We're going to find out.

17 | So far so good.  That white car made it up here.  If my

18 | truck doesn't, then that's pretty sad, huh, Wilson?

19 |     CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yep.

20 |     SPECIAL AGENT LANCE ROUNDY:  Keep going straight?

21 |     MR. PRESTON TOLTH:  Yeah.

22 |     SPECIAL AGENT LANCE ROUNDY:  Looks like it turns off to

23 | the Bible church or something.

24 |     MR. PRESTON TOLTH:  It's kind of like around here.

25 | Because we just pulled back and was drinking.

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR
,  on 07/13/2021                                                              Page 12

```
 1        SPECIAL AGENT LANCE ROUNDY:  So this is about where the

 2   area you said that you came across -- there were people

 3   drinking.

 4        MR. PRESTON TOLTH:  Yeah.

 5        SPECIAL AGENT LANCE ROUNDY:  Do you remember anywhere

 6   where you might have pulled off, just the -- in the middle

 7   of the road, on the side of the road?

 8        MR. PRESTON TOLTH:  Just on the side, yeah.

 9        SPECIAL AGENT LANCE ROUNDY:  Just on the side?

10        MR. PRESTON TOLTH:  Yeah.

11        SPECIAL AGENT LANCE ROUNDY:  Okay.  And that's when --

12   that's after you'd already, you know, punched her several

13   times, you said?

14        MR. PRESTON TOLTH:  Yeah.  She tried to grab on me, and

15   you know, I didn't like it, and I hit her.

16        SPECIAL AGENT LANCE ROUNDY:  All right.

17        MR. PRESTON TOLTH:  And she -- she's bleeding.

18        SPECIAL AGENT LANCE ROUNDY:  She's bleeding pretty good

19   then?

20        MR. PRESTON TOLTH:  I don't know.  I was just -- I was

21   just -- I just wanted her to get out the ride and I just

22   wanted to haul ass.

23        SPECIAL AGENT LANCE ROUNDY:  Okay.  So when -- did

24   you -- now, you -- you'd mentioned you got out.  Did you

25   open the door?
```

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR
,  on 07/13/2021                                                    Page 13

1        MR. PRESTON TOLTH:  Yeah.

2        SPECIAL AGENT LANCE ROUNDY:  She was still coherent?

3    She wasn't passed out or anything?

4        MR. PRESTON TOLTH:  No, no.  She was -- she was kind

5    of -- kind of there, kind of not there.

6        SPECIAL AGENT LANCE ROUNDY:  Okay.

7        MR. PRESTON TOLTH:  Yeah.  And I was pretty buzzed

8    myself.

9        SPECIAL AGENT LANCE ROUNDY:  You were?

10        MR. PRESTON TOLTH:  Yeah, pretty -- pretty angry.

11        SPECIAL AGENT LANCE ROUNDY:  Okay.

12        MR. PRESTON TOLTH:  Kind of -- kind of tunnel vision,

13    like I said.  And I just -- I just left her.

14        SPECIAL AGENT LANCE ROUNDY:  Okay.  When you left her,

15    was she on the -- standing or laying on the ground?

16        MR. PRESTON TOLTH:  She was kind of stumbling around.

17        SPECIAL AGENT LANCE ROUNDY:  Okay.

18        MR. PRESTON TOLTH:  I don't know.

19        SPECIAL AGENT LANCE ROUNDY:  Let me try and get a GPS

20    to mark the spot.  Let me grab my GPS out of there.  It's

21    dusty our here.  All right.  Let me turn this on.

22        From here to the main road where you got on the

23    pavement, how far was that you think?

24        MR. PRESTON TOLTH:  It's like two -- two miles.

25        SPECIAL AGENT LANCE ROUNDY:  Oh, okay.  So you didn't

1  drive very long after --

2       MR. PRESTON TOLTH:  No, I was --

3       SPECIAL AGENT LANCE ROUNDY:  -- after she got out of

4  the truck?

5       MR. PRESTON TOLTH:  Yeah, because I was punching it.  I

6  was -- I was wanting to --

7       SPECIAL AGENT LANCE ROUNDY:  You were getting -- you

8  were wanting to get out of -- and then the -- then talk to

9  me about the main -- the road comes to the main road and

10  then that takes you down to Window Rock, you said?

11      MR. PRESTON TOLTH:  Yeah.

12      SPECIAL AGENT LANCE ROUNDY:  And then you went through

13  Window Rock, Gallup, and then over to Thoreau?

14      MR. PRESTON TOLTH:  Yeah.

15      SPECIAL AGENT LANCE ROUNDY:  Okay.  And let's just mark

16  this real quick here, so if I need to reference this or come

17  back, I can.

18      And once you dropped off her here, you didn't see her

19  ever since then?

20      MR. PRESTON TOLTH:  No.

21      SPECIAL AGENT LANCE ROUNDY:  Okay.  How many cars do

22  you think were here partying?

23      MR. PRESTON TOLTH:  Not that many, just like two.

24      SPECIAL AGENT LANCE ROUNDY:  Two.  What about how many

25  people did you -- do you remember seeing how many people?

 1        MR. PRESTON TOLTH:  It's about, like, three.  Three
 2   guys.
 3        SPECIAL AGENT LANCE ROUNDY:  Three guys?
 4        MR. PRESTON TOLTH:  (No audible response.)
 5        SPECIAL AGENT LANCE ROUNDY:  And you could tell they
 6   were -- they were drinking then?
 7        MR. PRESTON TOLTH:  Yeah, they were pretty buzzed and
 8   loud and -- (Unintelligible.)
 9        SPECIAL AGENT LANCE ROUNDY:  Did they say anything to
10   you at all?
11        MR. PRESTON TOLTH:  No, I was just was -- I was pissed.
12        SPECIAL AGENT LANCE ROUNDY:  Given her condition, do
13   you think she went far from here if she had to travel on her
14   own?
15        MR. PRESTON TOLTH:  Probably, yeah.
16        SPECIAL AGENT LANCE ROUNDY:  Do you think she went
17   quite a ways?
18        MR. PRESTON TOLTH:  Yeah.  I mean, she's not that old.
19   I mean, she wasn't that old.
20        SPECIAL AGENT LANCE ROUNDY:  Uh-huh.  Let me get in
21   here just a sec.
22        All righty.  Anything else you can recall from right
23   around here, man?
24        MR. PRESTON TOLTH:  (No audible response.)
25        SPECIAL AGENT LANCE ROUNDY:  So it looks like -- kind

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR
,  on 07/13/2021                                                          Page 16

1   of recap -- you met up with her at her house.

2       MR. PRESTON TOLTH:  Yeah.

3       SPECIAL AGENT LANCE ROUNDY:  Do you remember how long

4   you were at her house before you guys left?

5       MR. PRESTON TOLTH:  Just, like, two minutes.

6       SPECIAL AGENT LANCE ROUNDY:  So it wasn't very long.

7       MR. PRESTON TOLTH:  Huh-uh.

8       SPECIAL AGENT LANCE ROUNDY:  Got in her truck.  You and

9   her drove the route we took all the way down to here to be

10  past the mission down to here.  This is road 5043, I think.

11  You had driven that before because your dad had taken you

12  and you knew that at some point it came out to the main

13  highway where you could cut down to Window Rock, Gallup, and

14  then head to Thoreau.

15      MR. PRESTON TOLTH:  Yeah.

16      SPECIAL AGENT LANCE ROUNDY:  Got to about right here

17  and this is where she got out.  You -- she left -- she

18  stayed here, you took off and -- and ended up there in

19  Thoreau where -- where you were headed.  Anything else you

20  can think of?

21      MR. PRESTON TOLTH:  That's -- that's all I can

22  remember.

23      SPECIAL AGENT LANCE ROUNDY:  Okay.

24      MR. PRESTON TOLTH:  Because I was -- I was really

25  pissed and I just --

1      SPECIAL AGENT LANCE ROUNDY:  You were pretty upset?

2      MR. PRESTON TOLTH:  I was pissed at everybody, myself,

3  you know.

4      SPECIAL AGENT LANCE ROUNDY:  Your dad, too?  Everybody?

5      MR. PRESTON TOLTH:  Yeah.

6      SPECIAL AGENT LANCE ROUNDY:  How much -- how much do

7  you think you drank that night?  You said you were a little

8  buzzed.

9      MR. PRESTON TOLTH:  Well, I went to go get a -- a pint.

10  My dad shared that.

11      SPECIAL AGENT LANCE ROUNDY:  So you and your dad shared

12  a pint?

13      MR. PRESTON TOLTH:  Yeah.  And I got some more shooters

14  for myself and took most of those.  That's when I went to

15  Walmart and pulled out a 12 -- a 12-pack and I had, like,

16  one can out of there and -- one or two.  Yeah, that's when

17  we started arguing on the way back from Harlingen.

18      SPECIAL AGENT LANCE ROUNDY:  Okay.

19      MR. PRESTON TOLTH:  Well, I -- I was just talking to

20  them.  I was just pissed.

21      SPECIAL AGENT LANCE ROUNDY:  And then did you drink

22  anything at her house?

23      MR. PRESTON TOLTH:  I had -- I had another pint on me,

24  I believe, yeah.

25      SPECIAL AGENT LANCE ROUNDY:  Did you drink all that

```
 1   before --
 2        MR. PRESTON TOLTH:  No.  It was -- I was just savoring
 3   it.
 4        SPECIAL AGENT LANCE ROUNDY:  Okay.  And then this
 5   road -- let me get my phone out.  This road continues
 6   down -- let's see.  This road continues down to that 191,
 7   comes out to Round Rock.
 8        MR. PRESTON TOLTH:  Then Round Rock store and --
 9        SPECIAL AGENT LANCE ROUNDY:  -- down to Pas -- many
10   farms, Chinle.
11        MR. PRESTON TOLTH:  Yeah.
12        SPECIAL AGENT LANCE ROUNDY:  Burnside, then over to
13   Window Rock.
14        MR. PRESTON TOLTH:  Yeah.
15        SPECIAL AGENT LANCE ROUNDY:  Down to Gallup.
16        MR. PRESTON TOLTH:  Yeah.
17        SPECIAL AGENT LANCE ROUNDY:  Okay.  Let's see what
18   those guys want.  Pull up over that hill.
19        Do you need a drink, man?
20        MR. PRESTON TOLTH:  (No audible response.)
21        SPECIAL AGENT LANCE ROUNDY:  When we get back, we'll
22   probably head back towards Red Mesa.  And when we get to
23   Red Mesa, we'll have a drink or something there --
24        MR. PRESTON TOLTH:  Okay.
25        SPECIAL AGENT LANCE ROUNDY:  -- and then get you back
```

 1   to...

 2        You guys never went up to Aneth or Montezuma Creek or

 3   anything like that, you and her?

 4        MR. PRESTON TOLTH:  (No audible response.)

 5        SPECIAL AGENT LANCE ROUNDY:  Call, see how far they

 6   went.

 7        Hey, Wilson.  Hey, did you guys just go up and over the

 8   hill there?

 9        CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah, I'm right

10   behind you.

11        SPECIAL AGENT LANCE ROUNDY:  Oh, there you are.  I see

12   you.  Do you see where -- where Dustin went?

13        CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah.

14   (Inaudible.)

15        SPECIAL AGENT LANCE ROUNDY:  Oh, okay.  You want me to

16   swing back down and pick you up?

17        CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah.

18        SPECIAL AGENT LANCE ROUNDY:  Okay.

19        CRIMINAL INVESTIGATOR WILSON CHARLEY:  (Inaudible.)

20        SPECIAL AGENT LANCE ROUNDY:  What's that?

21        CRIMINAL INVESTIGATOR WILSON CHARLEY:  (Inaudible.)

22   No, this -- this is spot he -- he said, so -- right here.

23   Yeah. (Inaudible.)

24        SPECIAL AGENT LANCE ROUNDY:  Okay.  Sounds good.  Bye.

25        MR. PRESTON TOLTH:  They say Bigfoot lives in those

1   mountains over there.

2        SPECIAL AGENT LANCE ROUNDY:  Which -- which one?  That

3   one back there?

4        MR. PRESTON TOLTH:  Yeah.

5        SPECIAL AGENT LANCE ROUNDY:  I've heard a lot of people

6   say they've seen sightings up there, man.  What -- what do

7   you think?

8        MR. PRESTON TOLTH:  It's possible, yeah.

9        SPECIAL AGENT LANCE ROUNDY:  Who knows?  There's a lot

10  of open area up there.

11       MR. PRESTON TOLTH:  Like, most of this land hasn't been

12  discovered.

13       SPECIAL AGENT LANCE ROUNDY:  Right.  That's a pretty

14  big -- big mountain up there.

15       MR. PRESTON TOLTH:  Uh-huh.

16       SPECIAL AGENT LANCE ROUNDY:  You guys haven't had any

17  sightings since you were up there?

18       MR. PRESTON TOLTH:  No, just stories.

19       SPECIAL AGENT LANCE ROUNDY:  Just stories?

20       MR. PRESTON TOLTH:  Just stories.

21       SPECIAL AGENT LANCE ROUNDY:  Well, it wouldn't surprise

22  me.  If he's going to be anywhere, he could definitely be

23  here.  This is a fairly remote area.  Not a lot of people

24  come up here.

25       MR. PRESTON TOLTH:  You from New Mexico?

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR

, on 07/13/2021                                                    Page 21

1        SPECIAL AGENT LANCE ROUNDY:  No.  Nope.  I'm from

2   California, a little ways away.  Not too far, though.  You

3   ever been to California?  You've been to Sacramento.  You

4   ever been to Southern California?

5        MR. PRESTON TOLTH:  Uh-huh.

6        SPECIAL AGENT LANCE ROUNDY:  What part?

7        MR. PRESTON TOLTH:  Just Los Angeles, Disneyworld.

8        SPECIAL AGENT LANCE ROUNDY:  Okay.  Yeah, I grew up

9   East of San Diego.  Kinda out more in the desert part of

10  San Diego.

11       MR. PRESTON TOLTH:  You been to Santa Fe?

12       SPECIAL AGENT LANCE ROUNDY:  Been to Santa Fe, yeah.

13  Have you been there quite a bit?

14       MR. PRESTON TOLTH:  Yeah.

15       SPECIAL AGENT LANCE ROUNDY:  Did you live there before?

16       MR. PRESTON TOLTH:  Yeah.

17       SPECIAL AGENT LANCE ROUNDY:  Yeah, Santa Fe is a nice

18  place.

19       MR. PRESTON TOLTH:  Uh-huh.

20       SPECIAL AGENT LANCE ROUNDY:  Yeah.

21       MR. PRESTON TOLTH:  Pretty cool, mysterious.

22       SPECIAL AGENT LANCE ROUNDY:  Yeah, it's kind of got a

23  little history.

24       MR. PRESTON TOLTH:  Yeah.

25       SPECIAL AGENT LANCE ROUNDY:  Pretty cool to learn

1   about.

2        MR. PRESTON TOLTH:  It's kind of got more than history.

3        SPECIAL AGENT LANCE ROUNDY:  How long did you spend

4   there?

5        MR. PRESTON TOLTH:  About a year.

6        SPECIAL AGENT LANCE ROUNDY:  About a year there?

7        MR. PRESTON TOLTH:  Uh-huh.

8        SPECIAL AGENT LANCE ROUNDY:  Did you go to school or

9   anything or just hang out?

10       MR. PRESTON TOLTH:  Just on the streets.

11       SPECIAL AGENT LANCE ROUNDY:  Yeah.

12       MR. PRESTON TOLTH:  They say over there, the gravity is

13  increased by two percent.

14       SPECIAL AGENT LANCE ROUNDY:  Well, I tell you what,

15  it's cold in the -- were you there in the wintertime?

16       MR. PRESTON TOLTH:  Yeah.

17       SPECIAL AGENT LANCE ROUNDY:  It's cold; isn't it?

18       MR. PRESTON TOLTH:  Yep.

19       SPECIAL AGENT LANCE ROUNDY:  Cold stuff in the

20  wintertime.

21       MR. PRESTON TOLTH:  I didn't know they had a castle

22  there.  They got a castle up there.

23       SPECIAL AGENT LANCE ROUNDY:  They got a castle up

24  there?

25       MR. PRESTON TOLTH:  Yeah.

1      SPECIAL AGENT LANCE ROUNDY:  Who owns the castle?

2      MR. PRESTON TOLTH:  It's just haunted.

3      SPECIAL AGENT LANCE ROUNDY:  Oh, yeah.  I know there's

4  a lot of movie stars that live up there.

5      MR. PRESTON TOLTH:  Yeah.

6      SPECIAL AGENT LANCE ROUNDY:  Not a lot, but a few.

7      MR. PRESTON TOLTH:  (Inaudible.)

8      SPECIAL AGENT LANCE ROUNDY:  Nah, slow.  So what do you

9  think happened to this lady?  You dropped her off here.

10 What do you think -- what do you think happened?

11     MR. PRESTON TOLTH:  There's a lot of possibilities,

12 man.

13     CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah.

14     MR. PRESTON TOLTH:  I don't know what drunk people -- I

15 don't know what different people do to a lady, you know.

16     SPECIAL AGENT LANCE ROUNDY:  Yeah.

17     MR. PRESTON TOLTH:  Especially by herself.  I mean, I

18 didn't want to do it, but, you know, I -- I wanted to be

19 alone and I didn't really care about that.

20     SPECIAL AGENT LANCE ROUNDY:  Yeah.  Think she could

21 have walked all the way back to her house?

22     MR. PRESTON TOLTH:  (No audible response.)

23     SPECIAL AGENT LANCE ROUNDY:  A little ways away, huh?

24     MR. PRESTON TOLTH:  I mean, it's still hot at night.

25     SPECIAL AGENT LANCE ROUNDY:  Right.  Yeah, it's still

1   warm at night and that's a long walk from here.

2       CRIMINAL INVESTIGATOR WILSON CHARLEY:  Awfully hot out

3   there.

4       MR. PRESTON TOLTH:  What's that?

5       CRIMINAL INVESTIGATOR WILSON CHARLEY:  It's a little

6   too hot out there.

7       SPECIAL AGENT LANCE ROUNDY:  A little too warm.  Well,

8   I was telling him we probably ought to head back the same

9   way we came to get out by Red Mesa.  Because if we keep

10  going down this way, then we're going to end up coming out

11  near Window Rock.

12      CRIMINAL INVESTIGATOR WILSON CHARLEY:  No, we're going

13  to come out at Rock Point.

14      MR. PRESTON TOLTH:  Yeah.

15      CRIMINAL INVESTIGATOR WILSON CHARLEY:  And then you can

16  cut back across on the main highway to Mexican Water.

17      SPECIAL AGENT LANCE ROUNDY:  You think it would be

18  better that way?

19      CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah, because

20  we're already past the halfway point.

21      SPECIAL AGENT LANCE ROUNDY:  All right.  So if I just

22  keep heading this -- on this road.

23      CRIMINAL INVESTIGATOR WILSON CHARLEY:  Yeah.

24      SPECIAL AGENT LANCE ROUNDY:  So it will come out to

25  Round Rock you say?

1       CRIMINAL INVESTIGATOR WILSON CHARLEY:  I think that's

2   where it will come out.

3       MR. PRESTON TOLTH:  It will come out to Round Rock and

4   towards Mexican Water, so -- (Unintelligible.)

5       SPECIAL AGENT LANCE ROUNDY:  Did -- does Dustin want to

6   hang tight here and look around a bit or...

7       CRIMINAL INVESTIGATOR WILSON CHARLEY:  He didn't say.

8       SPECIAL AGENT LANCE ROUNDY:  I'll try calling him.

9       CRIMINAL INVESTIGATOR WILSON CHARLEY:  I thought he was

10  in his vehicle.

11      SPECIAL AGENT LANCE ROUNDY:  Hey, man, what do you --

12  what's your -- what are you thinking?  What's your --

13                  (Vehicle beeping noise.)

14      CRIMINAL INVESTIGATOR WILSON CHARLEY:  Do you want to

15  stretch your legs for a little bit?  You can get out and --

16      MR. PRESTON TOLTH:  Sure.

17      CRIMINAL INVESTIGATOR WILSON CHARLEY:  -- take a whiz

18  or whatever.  If you see somebody coming --

19  (Unintelligible.)

20      SPECIAL AGENT LANCE ROUNDY:  And you went straight,

21  right, when you came off --

22                  (Background conversation.)

23      CRIMINAL INVESTIGATOR WILSON CHARLEY:  There's people

24  here.  (Unintelligible.)  Three guys --

25                  (Background conversation.)

1      CRIMINAL INVESTIGATOR WILSON CHARLEY:  Put this under

2 your -- is that what you need?

3      MR. PRESTON TOLTH:  Yeah.

4      SPECIAL AGENT LANCE ROUNDY:  Get a bunch of sand in

5 your shoe, man?

6      MR. PRESTON TOLTH:  (No audible response.)

7      SPECIAL AGENT DUSTIN DRACE:  You remember when we were

8 in Crown Point, and the dude with the beard was in there and

9 we were talking, and I was there with him.  Do you remember

10 me?

11      MR. PRESTON TOLTH:  (No audible response.)

12      SPECIAL AGENT DUSTIN DRACE:  All right.  So appreciate

13 you bringing us out here.  Do you remember what ██████ was

14 wearing when she was out here with you?

15      MR. PRESTON TOLTH:  Just a t-shirt and short cuts -- I

16 mean --

17      SPECIAL AGENT DUSTIN DRACE:  Do you know what kind of

18 shoes?

19      MR. PRESTON TOLTH:  Like house slippers.

20      SPECIAL AGENT DUSTIN DRACE:  Yeah.  All right.  What

21 color?  Do you remember the color of anything?

22      MR. PRESTON TOLTH:  I believe it was a gray shirt.

23      SPECIAL AGENT DUSTIN DRACE:  Gray shirt.  All right.

24 Thanks.

25      So you guys are going to head back that way?

1      SPECIAL AGENT LANCE ROUNDY:  Yep.  Unless there's

2  anything else, Preston, you think we need to check -- check

3  around here that might help us find where she's at, at all.

4  Anything you can think of?  I mean, any --

5      MR. PRESTON TOLTH:  I just dropped her off and just

6  took off.

7      SPECIAL AGENT LANCE ROUNDY:  Any places you might know

8  of where somebody may try and hide or somebody might try and

9  put somebody or --

10     MR. PRESTON TOLTH:  No.

11     SPECIAL AGENT LANCE ROUNDY:  Okay.

12     SPECIAL AGENT DUSTIN DRACE:  And she was -- so she was

13  alive when you dropped her off?

14     MR. PRESTON TOLTH:  (No audible response.)

15     SPECIAL AGENT DUSTIN DRACE:  And was she riding in the

16  cab with you when you dropped her off or was she in the

17  back?

18     MR. PRESTON TOLTH:  No, she was in the front.

19     SPECIAL AGENT DUSTIN DRACE:  All right.  And you were

20  driving?

21     MR. PRESTON TOLTH:  Yeah.

22     SPECIAL AGENT DUSTIN DRACE:  Okay.  And when she got

23  out she was pretty tipsy, pretty drunk?

24     MR. PRESTON TOLTH:  (No audible response.)

25     SPECIAL AGENT DUSTIN DRACE:  Okay.  Do you think she

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR
,  on 07/13/2021                                                    Page 28

1   could have walked very far?

2        MR. PRESTON TOLTH:  Possibly.  I'm not too sure.

3        SPECIAL AGENT DUSTIN DRACE:  Yeah.  All right.  All

4   right, man.  Well, thanks for coming out with us.

5        MR. PRESTON TOLTH:  Yeah.

6        SPECIAL AGENT DUSTIN DRACE:  Lance, thanks a lot for

7   your time coming out here.

8        SPECIAL AGENT LANCE ROUNDY:  Yeah.

9        SPECIAL AGENT DUSTIN DRACE:  Gratis.

10       SPECIAL AGENT LANCE ROUNDY:  Okay.

11       SPECIAL AGENT DUSTIN DRACE:  So we'll talk soon.

12       SPECIAL AGENT LANCE ROUNDY:  Sounds good.

13       SPECIAL AGENT DUSTIN DRACE:  See you soon, Wilson.

14       CRIMINAL INVESTIGATOR WILSON CHARLEY:  All right, man.

15          Discovery 001578(Navajo Nation discovery

16                    Preston Tolth escort.)

17                       *  *  *  *  *

18

19

20

21

22

23

24

25

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR

, on 07/13/2021                                                                Page 29

1                              CERTIFICATION

2           I, Jennifer Payne Kaelin, a Certified Shorthand

3    Reporter within and for the State of Oklahoma, do hereby

4    certify that I produced the transcript phonetically from an

5    audio file labeled Discovery 001578(Navajo Nation discovery

6    Preston Tolth escort.)

7           I was not present at the recording and, therefore, no

8    contemporaneous stenographic notes were recorded along with

9    the audio.  The foregoing phonetic transcript of the

10   proceedings is full, true, correct and complete, to the best

11   of my skill and ability.

12          I further certify that I am not an attorney for nor

13   relative of any of said parties or otherwise interested in

14   the outcome or event of said action.

15

16          IN WITNESS WHEREOF, I have hereunto set my hand and

17   affixed my official seal this 9th day of July, 2023.

18
                               *Jennifer Payne Kaelin, CSR*
19                             _____
                               Jennifer Payne Kaelin, CSR#1748
20                                 Official Court Reporter

21

22

23

24

25