# EXHIBIT 7

UNITED STATES vs PRESTON TOLTH CASE NUMBER CR-23-08043-PCT-DLR, on 07/13/2021

```
 1
 2              UNITED STATES v. PRESTON TOLTH CASE NUMBER
 3                        CR-23-08043-PCT-DLR
 4
 5
 6
 7
 8
 9   _____
10          REPORTER'S TRANSCRIPT OF AUDIO FILE LABELED
11   Discovery 001579 (Navajo Nation discovery Preston Tolth
12                           escort 2)
13   _____
14
15
16   ESCORT OF:   PRESTON TOLTH
17   DATE:        JULY 13, 2021
18   SPEAKERS:    SPECIAL AGENT LANCE ROUNDY
                  SPECIAL AGENT DUSTIN DRACE
19                CRIMINAL INVESTIGATOR WILSON CHARLEY
20
21   TRANSCRIBED BY:
22                 JENNIFER PAYNE KAELIN, CSR
                      Official Court Reporter
23                Sequoyah County District Court
                     120 E. Chickasaw Avenue
24                   Sallisaw, Oklahoma 74955
                          (405)623-5160
25
```

```
 1   (Discovery 001579 (Navajo Nation discovery Preston Tolth,
 2   escort 2 audio began.)
 3                            * * * * *
 4           MR. PRESTON TOLTH:  Keep going straight on that
 5   road.
 6           SPECIAL AGENT LANCE ROUNDY:  So let me get back on
 7   the road we were on where you cut off and then you can guide
 8   us through there; right?
 9           MR. PRESTON TOLTH:  Okay.  And eventually that
10   road leads to a pavement road --
11           SPECIAL AGENT LANCE ROUNDY:  Down --
12           MR. PRESTON TOLTH:  -- that goes all the way down
13   the way --
14           SPECIAL AGENT LANCE ROUNDY:  The main highway?
15           MR. PRESTON TOLTH:  Yeah, the main highway.
16           SPECIAL AGENT LANCE ROUNDY:  Okay.
17           CRIMINAL INVESTIGATOR WILSON CHARLEY:  Okay.
18           SPECIAL AGENT LANCE ROUNDY:  So he -- neither
19   Wilson nor I knew how to get here.  He got us here.
20       Discovery 001579 (Navajo Nation discovery Preston Tolth
21   escort 2) audio ended.)
22                            * * * * *
23
24
25
```

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | CERTIFICATION                                                        |
| 2  | I, Jennifer Payne Kaelin, a Certified Shorthand                      |
| 3  | Reporter within and for the State of Oklahoma, do hereby             |
| 4  | certify that I produced the transcript phonetically from an          |
| 5  | audio file labeled Discovery 001579 (Navajo Nation discovery         |
| 6  | Preston Tolth escort 2).                                             |
| 7  | I was not present at the recording and, therefore, no                |
| 8  | contemporaneous stenographic notes were recorded along with          |
| 9  | the audio.  The foregoing phonetic transcript of the                 |
| 10 | proceedings is full, true, correct and complete, to the best         |
| 11 | of my skill and ability.                                             |
| 12 | I further certify that I am not an attorney for nor                  |
| 13 | relative of any of said parties or otherwise interested in           |
| 14 | the outcome or event of said action.                                 |
| 15 | IN WITNESS WHEREOF, I have hereunto set my hand and                  |
| 16 | affixed my official seal this 9th day of July, 2023.                 |
| 17 | *Jennifer Payne Kaelin, CSR*                                         |
| 18 | Jennifer Payne Kaelin, CSR#1748<br>Official Court Reporter           |
| 19 |                                                                      |
| 20 |                                                                      |
| 21 |                                                                      |
| 22 |                                                                      |
| 23 |                                                                      |
| 24 |                                                                      |
| 25 |                                                                      |