# EXHIBITS 9 - 12

# (Non-Electronic Exhibits on CD)







