JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

JANE L. McCLELLAN
Arizona State Bar No. 015902
JAMES D. RAEL
Arizona State Bar No. 034405
Asst. Federal Public Defenders
jane_mcclellan @fd.org
james_rael@fd.org
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Preston Tolth,<br><br>    Defendant. | CR-23-08043-PCT-DLR<br><br>**MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT** |

    Defendant Preston Tolth, by and through undersigned counsel, respectfully seeks leave to allow the non-electronic filing of one compact disc that is referenced in Defendant's Motion to Suppress Statements for *Miranda* Violation and Lack of Voluntariness (Doc. 46), because it is not convertible to electronic form. The compact disc contains the audio recordings of the interviews of Preston Tolth on June 18, 2021 (Exhibit 9); June 24, 2021 (Exhibit 10); July 13, 2021 (part 1) (Exhibit 11); and July 13, 2021 (part 2) (Exhibit 12).

Respectfully submitted: April 8, 2024

JON M. SANDS
Federal Public Defender
 *s/ Jane L. McClellan* 
JANE L. McCLELLAN
Asst. Federal Public Defender