IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　vs.<br>Preston Tolth,<br>　　　　Defendant. | No. CR-23-08043-PCT-DLR<br><br>ORDER |

Upon review of Defendant's Motion and good cause appearing,

**IT IS HEREBY ORDERED** granting the Defendant's Motion for Leave to File Non-Electronic Exhibit (Doc. ____).

**IT IS FURTHER ORDERED** permitting Defendant to file a non-electronic exhibit in support of Defendant's Motion to Suppress Statements for *Miranda* Violation and Lack of Voluntariness (Doc. 46), filed April 8, 2024.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h) _____from _____ to _____.

DATED this ___ day of April, 2024.