# EXHIBITS 9 - 12

(Non-Electronic Exhibits on CD)







U.S. v. Preston Tolth
CR-23-8043-PCT-DLR
Exhibit 11



U.S. v. Preston Tolth
CR-23-8043-PCT-DLR
Exhibit 12