**SUBSENTIO**

14900 Bogle Drive, Ste. 101, Chantilly, VA 20151
**Ph**: (877) 510-4357
**Fax**: (703) 953-3643

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, do hereby declare:

1. My name is Katherine Farrell.

2. I am a United States citizen and over eighteen (18) years of age. I am acting on behalf of Subsentio LLC the custodian of records of Cellular One of NE Arizona.

3. I received a Search Warrant served on Cellular One of NE Arizona signed by Judge, and requesting specified records. Attached to this declaration are records responsive to the legal process. Pursuant to Federal Rules of Evidence Rules 803(6) (Records of regularly conducted activity) and 902(11) (Certified domestic records or regularly conducted activity), I hereby certify that the records attached to this declaration:

   a) Were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.
   b) Were kept in the course of regularly conducted business activity
   c) Were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/24/2022

*[signature]*

Katherine Farrell
Authorized Agent for Custodian of Records
Cellular One of NE Arizona

**Confidentiality Notice:** The information on the attached sheets is considered trade secret, confidential, and/or proprietary by Subsentio LLC. Any use, disclosure, or reproduction of these documents by anyone other than the addressee is prohibited. If this fax has been received by anyone other than the addressee, please call the number listed below immediately to arrange for the document to be returned.

All Rights Reserved ®            www.subsentio.com            Ph: (877) 510-4357

**000438**