```
GARY M. RESTAINO
United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Tracy.Van.Buskirk@usdoj.gov
Email: Alanna.Kennedy@usdoj.gov
Attorneys for Plaintiff
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Preston Henry Tolth,<br><br>    Defendant. | No. CR-23-08043-PCT-DLR (MTM)<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 2111<br>(CIR-Robbery)<br>Count 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about June 15, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, PRESTON HENRY TOLTH, an Indian, did intentionally, knowingly, and recklessly assault E.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

### COUNT 2

On or about June 15, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, PRESTON HENRY TOLTH, an

Indian, did by force, violence, and intimidation take a 2005 Ford F150 truck, a thing of value, from the person and presence of the victim, E.B.

In violation of Title 18, United States Code, Sections 1153 and 2111.

A TRUE BILL

_/s/_
FOREPERSON OF THE GRAND JURY
Date: April 30, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

_/s/_
TRACY VAN BUSKIRK
ALANNA R. KENNEDY
Assistant U.S. Attorneys