GARY M. RESTAINO
United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Arizona State Bar No. 022097
ALANNA R. KENNEDY
Arizona State Bar No. 034257
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Tracy.Van.Buskirk@usdoj.gov
Email: Alanna.Kennedy@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-08043-PCT-DLR |
| Plaintiff, | |
| vs. | **JOINT STATEMENT OF THE CASE** |
| Preston Henry Tolth, | |
| Defendant. | |

The government and the defendant, Preston Henry Tolth, jointly file this Statement of the Case to be read to the jury:

The United States has charged Preston Henry Tolth with two charges, one count of Assault Resulting in Serious Bodily Injury and one count of Robbery. These crimes are alleged to have occurred on the Navajo Nation Indian Reservation, in the District of Arizona, on or about June 15, 2021.

/ / /

/ / /

/ / /

The defendant has pled not guilty to the offenses.

Respectfully submitted this 3rd day of May, 2024.

|  |  |
|---|---|
|  | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| *s/ Jane McClellan*<br>JANE McCLELLAN<br>JAMES RAEL<br>Attorneys for Defendant | *s/Tracy Van Buskirk*<br>TRACY VAN BUSKIRK<br>ALANNA R. KENNEDY<br>Assistant U.S. Attorneys |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Jane McClellan and James Rael, *Attorneys for Defendant*.