JON M. SANDS
Federal Public Defender
JANE L. McCLELLAN #015902
JAMES D. RAEL #034405
KEITH J. HILZENDEGER #023685
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2700   voice
jane_mcclellan@fd.org
james_rael@fd.org
keith_hilzendeger@fd.org
*Attorneys for Defendant Tolth*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 3:23-cr-8043-PCT-DLR |
| Plaintiff, | **Notice of Appeal** |
| vs. | **(FRAP 9(a) Appeal)** |
| Preston Henry Tolth, | |
| Defendant. | |

Defendant Preston Tolth hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's oral order of July 11, 2024 (Dkt. ##114, 115) denying his motion for release (Dkt. #107) pending the government's appeal of the May 6, 2024, order suppressing certain statements he made to law-enforcement officials.

Respectfully submitted:          July 22, 2024.

JON M. SANDS
Federal Public Defender

 *s/Keith J. Hilzendeger*
JANE L. McCLELLAN
JAMES D. RAEL
KEITH J. HILZENDEGER
Assistant Federal Public Defenders
*Attorney for Defendant Tolth*